IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00230-CMA-MJW

JOAN OBESLO,
ROYCE HORTON,
DANIEL FISHER,
NATHAN COMER,
STEVE MIGOTTI,
JAMES DIMAGGIO,
ANNE HALL,
CAROL V. REYNON-LONGORIA, on behalf of GREAT-WEST FUNDS, INC.,

Plaintiffs,

v.

GREAT-WEST CAPITAL MANAGEMENT, LLC,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby **ORDERED** that Defendant's Motion for Extension of Time to File Responsive Pleading (Docket No. 27) is **GRANTED**.[1]  The Court finds that Defendant has shown good cause for the 10-day extension requested in the motion.  Specifically, Defendant argues that the addition of six plaintiffs, "damages claims involving several new funds," and "new claims about the actions of Great-West Funds, Inc.'s Board of Directors," (Docket No. 27 at 2) have required further research and investigation.  Defendant shall respond to the First Amended Complaint (Docket No. 26) on or before May 2, 2016.  No further extensions will be granted absent extraordinary circumstances.

Date: April 13, 2016

---

[1] The Court may rule on a pending motion at any time.  D.C.COLO.LCivR 7.1(d).