IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00230-CMA-MJW

JOAN OBESLO,
ROYCE HORTON,
DANIEL FISHER,
NATHAN COMER,
STEVE MIGOTTI,
VALERIE MIGOTTI,
JAMES DIMAGGIO,
ANNE HALL,
CAROL V. REYNON-LONGORIA, on behalf of GREAT-WEST FUNDS, INC.,

Plaintiffs,

v.

GREAT-WEST CAPITAL MANAGEMENT, LLC,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiffs' Unopposed Motion to Extend Deadline for Expert Disclosures (Docket No. 54) is GRANTED for good cause shown. The Scheduling Order (Docket No. 25) is amended to extend: (1) Plaintiffs' affirmative expert disclosure deadline to August 1, 2016; (2) Defendant's rebuttal expert disclosure deadline to September 1, 2016; and (3) Plaintiffs' rebuttal expert disclosure deadline to October 1, 2016.

Date: June 14, 2016