IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00230-CMA-MJW

JOAN OBESLO, *et al.*
on behalf of GREAT-WEST FUNDS, INC.,

*Plaintiffs,*

v.

GREAT-WEST CAPITAL MANAGEMENT, LLC,

*Defendant.*

---

**ORDER MODIFYING SCHEDULING ORDER (Doc. 25)**

---

For good cause shown in Plaintiffs' Unopposed Motion To Amend Scheduling Order, that Motion is GRANTED and the Scheduling Order (Doc. 25) is hereby amended to set the following deadlines for the following events:

<u>Plaintiffs' disclosure of expert witnesses</u>: September 30, 2016

<u>Defendant's disclosure of rebuttal expert witnesses</u>: October 31, 2016

<u>Plaintiffs' disclosure of rebuttal expert witnesses</u>: November 30, 2016

<u>Deadline for Interrogatories and Requests for Production of Documents and/or Admissions</u>: November 27, 2016

<u>Discovery cut-off</u>: December 30, 2016

<u>Deadline for filing of dispositive motions</u>: January 30, 2017

<u>Final pretrial conference</u>: March 31, 2017

IT IS SO ORDERED.

Dated this _____ day of _____, 2016

_____
Hon. Michael J. Watanabe
United States Magistrate Judge