IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00230-CMA-MJW

JOAN OBESLO, *et al.*, on behalf of GREAT-WEST FUNDS, INC.,

*Plaintiffs,*

v.

GREAT-WEST CAPITAL MANAGEMENT, LLC,

*Defendant.*

---

Civil Action No. 16-cv-01215-CMA-CBS (consolidated case)

DUPLASS, ZWAIN, BOUREOUS, PFISTER & WEINSTOCK APLC 401(K) PLAN,

*Plaintiff,*

v.

GREAT-WEST CAPITAL MANAGEMENT, LLC,

*Defendant.*

---

**CONSOLIDATED SCHEDULING ORDER**

---

FOR GOOD CAUSE SHOWN in Plaintiffs' Unopposed Motion For a Consolidated Scheduling Order, that Motion is GRANTED, and the following deadlines shall apply in these consolidated cases:

Rule 26 Disclosures (*Duplass* matter): September 15, 2016

Deadline to amend (*Duplass* matter): October 28, 2016

<u>Deadline for serving Interrogatories and Requests for Production of Documents and/or Admissions</u>: November 27, 2016

<u>Substantial Completion of Document Production</u>: December 30, 2016

<u>Fact Discovery cut-off</u>: February 28, 2017

<u>Plaintiffs' Disclosure of Expert Witnesses</u>: March 30, 2017

<u>Defendant's Disclosure of Expert Witnesses</u>: May 1, 2017

<u>Plaintiff's Disclosure of Rebuttal Expert Witnesses</u>: May 31, 2017

<u>Deadline For Filing Dispositive Motions</u>: July 31, 2017

IT IS SO ORDERED.

Dated this 22nd day of September, 2016

_____
Hon. Michael J. Watanabe
United States Magistrate Judge