IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00230-CMA-MJW (consolidated for all purposes with Civil Action No. 16-cv-01215-CMA-MJW)

JOAN OBESLO,
ROYCE HORTON,
DANIEL FISHER,
NATHAN COMER,
STEVE MIGOTTI,
VALERIE MIGOTTI,
JAMES DIMAGGIO,
ANNE HALL,
CAROL V. REYNON-LONGORIA, on behalf of GREAT-WEST FUNDS, INC.,

Plaintiffs,

v.

GREAT-WEST CAPITAL MANAGEMENT, LLC,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Non-Party Lt. Gov. Donna Lynne's Unopposed Motion to Restrict Exhibit 5 to Obeslo Plaintiffs' Motion to Compel Production of Document Withheld by Former Director Donna Lynne (Docket No. 115) is GRANTED finding the subject motion meets the requirements as outlined in D.C.COLO.LCivR 7.2(c). The Clerk of the Court is directed to place Docket No. 107-2 under Level 1 Restriction. Notably, this non-party is not seeking to maintain restriction as to Docket Nos. 107-1 and 107-3 even though these documents were initially filed under restriction. As a result, the restriction on Docket Nos. 107-1 and 107-3 will automatically lift.

Date: December 22, 2016