IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00230-CMA-MJW

JOAN OBESLO, *et al.*, on behalf of GREAT-WEST FUNDS, INC.,

*Plaintiffs,*

v.

GREAT-WEST CAPITAL MANAGEMENT, LLC,

*Defendant.*

---

Civil Action No. 16-cv-01215-CMA-CBS (consolidated case)

DUPLASS, ZWAIN, BOUREOUS, PFISTER & WEINSTOCK APLC 401(K) PLAN,

*Plaintiff,*

v.

GREAT-WEST CAPITAL MANAGEMENT, LLC,

*Defendant.*

---

**UNOPPOSED MOTION FOR FORTHWITH HEARING ON
PLAINTIFFS' MOTION TO AMEND CASE SCHEDULE AND FOR A PRE-TRIAL
CONFERENCE TO SET HEARINGS ON ALL PENDING MOTIONS AND A NEW
SCHEDULE [DOC. 144]**

---

Plaintiffs in both actions move for a forthwith hearing on Plaintiffs' motion to amend case schedule and for a pre-trial conference to set hearings on all pending motions and a new schedule (Doc. 144). All parties agree that the current schedule must be amended. Doc. 144 at 2; Doc. 150 at 2. On January 6, 2017, Defendant filed a motion for protective order staying depositions (Doc. 133). That has precluded Plaintiffs from

deposing Defendant, its executives, or its affiliates and completing discovery by the current February 28 deadline. D.C.Colo LCivR 30.2(a). In addition, there are a number of outstanding discovery motions still pending, including a motion to compel production of ESI (Doc. 80), that must be resolved before the parties can complete discovery, which cannot be done by the current February 28 deadline.

Plaintiffs suggest setting a hearing as soon as possible to discuss the need to vacate the case schedule and to set a conference at a later date to set a new schedule and/or have a hearing on the pending motions. Plaintiffs are available any time this week. Counsel for *Obeslo* Plaintiffs has a hearing with Magistrate Judge Schaffer at 8:00 a.m. on Thursday, February 16 on an unrelated case, and will be available at the conclusion of that hearing. Defendant is available for a telephone conference that day at 3:00 mountain time.

Plaintiffs conferred with Defendant about this motion, and Defendant confirmed it has no objection to an expedited hearing at 3:00 p.m. on February 16 to address the case schedule in light of the current fact discovery deadline and the setting of a subsequent hearing to resolve pending motions.

February 14, 2017　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Stephen M. Hoeplinger
　　　　　　　　　　　　　　　　　SCHLICHTER, BOGARD & DENTON LLP
　　　　　　　　　　　　　　　　　Jerome J. Schlichter
　　　　　　　　　　　　　　　　　Michael A. Wolff
　　　　　　　　　　　　　　　　　Sean E. Soyars
　　　　　　　　　　　　　　　　　Stephen M. Hoeplinger
　　　　　　　　　　　　　　　　　100 South Fourth Street, Suite 1200
　　　　　　　　　　　　　　　　　St. Louis, Missouri 63102
　　　　　　　　　　　　　　　　　Telephone: (314) 621-6115
　　　　　　　　　　　　　　　　　Facsimile: (314) 621-5934
　　　　　　　　　　　　　　　　　Email: JSchlichter@uselaws.com
　　　　　　　　　　　　　　　　　MWolff@uselaws.com
　　　　　　　　　　　　　　　　　SSoyars@uselaws.com

　　　　　　　　　　　　　　　　　*Attorneys for Obeslo Plaintiffs*

　　　　　　　　　　and

　　　　　　　　　　　　　　　　　/s/ Mark T. Johnson
　　　　　　　　　　　　　　　　　Todd M. Schneider
　　　　　　　　　　　　　　　　　Mark T. Johnson
　　　　　　　　　　　　　　　　　Kyle G. Bates
　　　　　　　　　　　　　　　　　**SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP**
　　　　　　　　　　　　　　　　　2000 Powell Street, Suite. 1400
　　　　　　　　　　　　　　　　　Emeryville, CA 94608
　　　　　　　　　　　　　　　　　Telephone: (415) 421-7100
　　　　　　　　　　　　　　　　　Facsimile: (415) 421-7105
　　　　　　　　　　　　　　　　　tschneider@schneiderwallace.com
　　　　　　　　　　　　　　　　　mjohnson@schneiderwallace.com
　　　　　　　　　　　　　　　　　kbates@schneiderwallace.com

Garrett W. Wotkyns
Michael C. McKay
**SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP**
8501 North Scottsdale Rd., Suite 270
Scottsdale, AZ 85253
Telephone: (480) 428-0142
Facsimile: (866) 505-8036
gwotkyns@schneiderwallace.com
mmckay@schneiderwallace.com

Joseph C. Peiffer
**PEIFFER ROSCA WOLF ABDULLAH CARR & KANE**
A Professional Law Corporation
201 St. Charles Ave. Suite 6410
New Orleans, LA 70170
Telephone:  (504) 586-5259
Facsimile:  (504)523-2464
jpeiffer@prwlegal.com

Lydia M. Floyd
**PEIFFER ROSCA WOLF ABDULLAH CARR & KANE**
1422 Euclid Ave. Suite 1610
Cleveland, OH 44115
Telephone:  (216-589-9280
Facsimile:  (888)411-0038

*Attorneys for the Duplass Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2017, I caused this document to be electronically filed via the Court's CM/ECF system, which will send notification to all counsel of record.

/s/ Stephen M. Hoeplinger

4