**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 16-cv-00230-CMA-MJW (consolidated for all purposes with
Civil Action No. 16-cv-01215-CMA-MJW)

JOAN OBESLO,
ROYCE HORTON,
DANIEL FISHER,
NATHAN COMER,
STEVE MIGOTTI,
VALERIE MIGOTTI,
JAMES DIMAGGIO,
ANN HALL,
CAROL A. REYNON-LONGORIA, on behalf of GREAT-WEST FUNDS, INC., and
DUPLASS, SWAIN, BOURGEOIS, PFISTER & WEINSTOCK APLC 401(K) PLAN,

      Plaintiffs,

v.

GREAT-WEST CAPITAL MANAGEMENT, LLC,

      Defendant.

---

**ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

---

      This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Michael J. Watanabe (Doc. # 176), which recommends that this Court grant Plaintiffs' Motion to Amend (Doc. # 119) and deny as moot Defendant's Motion to Dismiss (Doc. # 35). The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

      The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation.

(Doc. # 176 at 8.)  Despite this advisement, neither party filed objections.  "[T]he district court is accorded considerable discretion with respect to the treatment of unchallenged magistrate reports.  In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate."  *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991).

After reviewing the Recommendation of Magistrate Judge Watanabe, in addition to applicable portions of the record and relevant legal authority, the Court is satisfied that the Recommendation is sound and not clearly erroneous or contrary to law.  *See* Fed. R. Civ. P. 72(a).

Accordingly, it is hereby ORDERED that the Report and Recommendation of United States Magistrate Judge Watanabe (Doc. # 176) is AFFIRMED and ADOPTED as an Order of this Court.  It is

FURTHER ORDERED that Plaintiffs' Motion for Leave to File Second Amended Complaint (Doc. # 119) is GRANTED.  It is

FURTHER ORDERED that Defendant's Motion to Dismiss the First Amended Complaint (Doc. # 35) is DENIED AS MOOT.

DATED:  March 14, 2017                                    BY THE COURT:

                                                                              CHRISTINE M. ARGUELLO
                                                                              United States District Judge