**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 16-cv-00230-CMA-MJW (consolidated for all purposes with
Civil Action No. 16-cv-01215-CMA-MJW and Civil Action No. 16-CV-03162-RM-STV)

JOAN OBESLO,
STEVE MIGOTTI,
VALERIE MIGOTTI,
JAMES DIMAGGIO,
ANNE HALL,
CAROL A. REYNON-LONGORIA,
CYNTHIA BERNAL,
TINA GORRELL-DEYERLE, on behalf of GREAT-WEST FUNDS, INC., and
DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK APLC 401(K) PLAN,

      Plaintiffs,

v.

GREAT-WEST CAPITAL MANAGEMENT, LLC,

      Defendant.

---

## ORDER GRANTING DEFENDANT'S MOTION TO CONSOLIDATE
---

      THIS MATTER, having come before the Court on Defendant's Motion to Consolidate and for a Protective Order Staying Discovery (Doc. # 131), and the Court being fully advised, hereby GRANTS the Motion, and ORDERS as follows:

      1. In order to promote judicial efficiency, and in an effort to avoid injury to the parties, the Court consolidates the following actions: (a) 16-CV-00230-CMA-MJW (previously consolidated for all purposes with Civil Action No. 16-cv-01215-CMA-MJW) and (b) 16-CV-03162-RM-STV.  Future filings in either of these actions shall be docketed under the case number 16-CV-00230-CMA-MJW.  Consolidation is especially

appropriate for purposes of discovery, however, should it become apparent after the completion of discovery and resolution of dispositive motions that the interests of the parties would be better served proceeding to trial as separate cases, the Court will entertain a motion to that effect.

DATED: April 20, 2017              BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge