IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-230-CMA-MJW

JOAN OBESLO *et al.*,

*Plaintiffs,*

v.

GREAT-WEST CAPITAL MANAGEMENT, LLC,

*Defendant.*

Civil Action No. 16-cv-1215-CMA-MJW

DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK APLC 401(K) PLAN,

*Plaintiff,*

v.

GREAT-WEST CAPITAL MANAGEMENT, LLC,

*Defendant.*

Civil Action No. 16-cv-3162-CMA-MJW

JOAN OBESLO *et al.*

*Plaintiffs,*

v.

GREAT-WEST LIFE & ANNUITY INSURANCE CO. *et al.*,

*Defendants.*

**STIPULATION AND [PROPOSED] ORDER  RE: TAKING DEPOSITION OUTSIDE DISCOVERY DEADLINES AND EXPERT DISCLOSURES**

The parties in these consolidated cases stipulate to taking the deposition of non-party David Musto and Robert Reynolds after the deadline for fact discovery and the current deadline for Plaintiffs' expert disclosures, and for amending the deadlines for the parties' expert disclosures.

1. The deadline for fact discovery in these consolidated actions is December 1, 2017. Doc. 211 at 15. Currently, Plaintiffs' expert disclosures are due December 15, 2017; Defendants' expert disclosures are due January 15, 2018; and rebuttal expert disclosures are due February 12, 2018. *Id.* at 16.

2. By December 1, 2017, the parties will have taken approximately 26 depositions in the consolidated cases.

3. Plaintiffs wish to depose Mr. David Musto, former Manager of Defendant Great-West Capital Management, LLC and former President of Great-West Investments for Defendant Great-West Life & Annuity Insurance Co. Plaintiffs first requested dates for Mr. Musto's deposition on June 21, 2017. After Plaintiffs made their request to depose Mr. Musto, he left his employment with Defendants. Since then, the parties have worked diligently in attempting to schedule Mr. Musto's deposition.

4. Mr. Musto is not available to be deposed before the deadline for fact discovery or the current deadline for Plaintiffs' expert disclosures.

5. Plaintiffs also wish to depose Robert Reynolds, President and Chief Executive Officer of Great-West Financial. As with Mr. Musto, Plaintiffs had requested dates for Mr. Reynolds' deposition well in advance of the discovery deadline. Since then, the parties have worked diligently in attempting to schedule Mr. Reynolds'

1

deposition.  However, Mr. Reynolds has not been available to be deposed before the deadline for fact discovery.

6. In consideration of the foregoing, the parties hereby stipulate that:

- Plaintiffs may depose Mr. Musto and Mr. Reynolds after the deadline for fact discovery and/or the current deadline for Plaintiffs' expert disclosures have expired.

- No party will object to the use of Mr. Musto's or Mr. Reynolds' testimony on the grounds that they were deposed after the fact discovery deadline or current deadline for Plaintiffs' expert disclosures had expired.

- The deadlines in the Amended Consolidated Scheduling Order (Doc. 211) are amended as follows: Plaintiffs' expert disclosures shall be due December 29, 2017; Defendants' expert disclosures shall be due January 29, 2018; rebuttal disclosures shall be due February 26, 2018.

**STIPULATED BY THE PARTIES:**

Dated:  November 28, 2017

            /s Sean M. Murphy  (with consent)
            Sean M. Murphy
            Robert J. Liubicic
            Milbank, Tweed, Hadley & McCloy, LLP

            *Attorneys for Defendants Great-West Capital Management, LLC and Great-West Life & Annuity Insurance Company*

Dated: November 28, 2017

                                                                         /s Stephen M. Hoeplinger
Michael A. Wolff
Stephen M. Hoeplinger
Schlichter Bogard & Denton LLP

*Attorneys for Plaintiffs Joan Obeslo, et al.*

Dated: November 28, 2017

                                                                          /s Mark Johnson (with consent)
Mark Johnson
Schneider Wallace Cottrell Konecky Wotkyns LLP

*Attorneys for the Duplass, Zwain, Bourgeois, Pfister & Weinstock APLC 401(k) Plan*

**SO ORDERED:**

Dated: _____     _____
                                        Hon. Michael J. Watanabe
                                        United States Magistrate Judge