IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:16-cv-00230-CMA-MJW (Consolidated for all purposes with Civil
Action Nos. 1:16-cv-01215-CMA-MJW and 1:16-cv-03162-CMA-MJW)

JOAN OBESLO *et al.*,

      Plaintiffs,

v.

GREAT-WEST CAPITAL MANAGEMENT, LLC,

      Defendant.

---

DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK APLC 401(K)
PLAN,

      Plaintiff,

v.

GREAT-WEST CAPITAL MANAGEMENT, LLC,

      Defendant.

---

JOAN OBESLO *et al.*,

      Plaintiffs,

v.

GREAT-WEST LIFE & ANNUITY INSURANCE CO. *et al.*,

      Defendants.

---

**MOVANTS' APPENDIX**

---

| Description of Document | Appendix Page Nos. |
|---|---|
| Glenn Hubbard Expert Report, dated 1/29/2018 - Excerpts | 1-24 |
| 2017 GWCM 15(c) Response Provided to Great-West Funds, Inc. Board of Directors - Excerpts | 25-43 |
| Transcript of Deposition of J. Chris Meyer, held 4/3/2018 - Excerpts | 44-75 |
| J. Chris Meyer Expert Rebuttal Report, dated 3/16/2018 - Excerpts | 76-79 |
| Transcript of Deposition of Brian Henderson, held 3/26/2018 - Excerpt | 80-82 |
| 2016 GWCM 15(c) Response Provided to Great-West Funds, Inc. Board of Directors - Excerpts | 83-93 |
| Steven Gissiner Expert Report, dated 1/29/2018 - Excerpt | 94-96 |
| J. Chris Meyer Expert Report, dated 12/29/2017 - Excerpts | 97-131 |
| Deposition Exhibit 325 - Revised J. Chris Meyer Expert Report Appendix 2 | 132-69 |
| Deposition Exhibit 346 - Glenn Hubbard Summary of 15(c) Materials Net Management Fee Ranking Relative to Lipper Peer Group (March 2016 – March 2017) | 170 |
| 2016 Analysis Supporting Section 15(c) Deliberations - Excerpt | 171-72 |
| 2017 Analysis Supporting Section 15(c) Deliberations - Excerpt | 173-74 |
| Analysis Regarding Management Fee Breakpoints for Great-West Funds Presentation, March 2016 - Excerpt | 175-77 |
| Memorandum to the Board Regarding Proposed Amended and Restated Investment Advisory Agreement, dated 11/18/2016 - Excerpt | 178-80 |

| Description of Document | Appendix Page Nos. |
|---|:---:|
| Memorandum to the Board Regarding Proposed Investment Advisory Fee and Expense Cap Reductions on Certain Series of Great-West Funds, Inc., dated 6/15/2017 - Excerpt | 181-83 |
| 2015 GWCM 15(c) Response Provided to Great-West Funds, Inc. Board of Directors - Excerpt | 184-87 |
| Arthur B. Laby Expert Report, dated 1/29/2018 - Excerpts | 188-204 |
| Great-West Funds' Statement of Additional Information, dated 4/29/2016 - Excerpt | 205-11 |
| Order on Motion for Summary Judgment, *McClure v. Russell Commodity Strategies Fund*, 1:13-cv-12631-WGY (D. Mass Nov. 15, 2016), ECF No. 166 | 212-13 |

**Glenn Hubbard Expert Report, dated 1/29/2018 – Excerpts**

**Movants' Appx., pp. 1-24**

**FILED UNDER RESTRICTION**

**2017 GWCM 15(c) Response Provided to Great-West Funds, Inc. Board of Directors - Excerpts**

**Movants' Appx., pp. 25-43**

**FILED UNDER RESTRICTION**

**Transcript of Deposition of J. Chris Meyer – Excerpts**

**Movants' Appx., pp. 44-75**

**FILED UNDER RESTRICTION**

**J. Chris Meyer Expert Rebuttal Report, dated 3/6/2018 – Excerpts**

**Movants' Appx., pp. 76-79**

**FILED UNDER RESTRICTION**

**Transcript of Deposition of Brian Henderson – Excerpt**

**Movants' Appx., pp. 80-82**

**FILED UNDER RESTRICTION**

**2016 GWCM 15(c) Response Provided to Great-West Funds, Inc. Board of Directors – Excerpts**

**Movants' Appx., pp. 83-93**

**FILED UNDER RESTRICTION**

**Steven Gissiner Expert Report, dated 1/29/2018 – Excerpt**

**Movants' Appx., pp. 94-96**

**FILED UNDER RESTRICTION**

**J. Chris Meyer Expert Report, dated 12/29/2017 – Excerpts**

**Movants' Appx., pp. 97-131**

**FILED UNDER RESTRICTION**

**Deposition Exhibit 325 – Revised J. Chris Meyer Expert Report Appendix 2**

**Movants' Appx., pp. 132-169**

**FILED UNDER RESTRICTION**

**Deposition Exhibit 346 – Glenn Hubbard Summary of 15(c) Materials Net Management Fee Ranking Relative to Lipper Peer Group (March 2016 – March 2017)**

**Movants' Appx., p. 170**

**FILED UNDER RESTRICTION**

**2016 Analysis Supporting Section 15(c) Deliberations – Excerpt**

**Movants' Appx., pp. 171-72**

**FILED UNDER RESTRICTION**

**2017 Analysis Supporting Section 15(c) Deliberations – Excerpt**

**Movants' Appx., pp. 173-74**

**FILED UNDER RESTRICTION**

**Analysis Regarding Management Fee Breakpoints for Great-West Funds Presentation, March 2016 - Excerpt**

**Movants' Appx., pp. 175-77**

**FILED UNDER RESTRICTION**

**Memorandum to the Board Regarding Proposed Amended and Restated Investment Advisory Agreement, dated 11/18/2016 – Excerpt**

**Movants' Appx., pp. 178-80**

**FILED UNDER RESTRICTION**

**Memorandum to the Board Regarding Proposed
Investment Advisory Fee & Expense Cap Reductions
on Certain Series of Great-West Funds, Inc., dated
6/15/2017 – Excerpt**

**Movants' Appx., pp. 181-83**

**FILED UNDER RESTRICTION**

**2015 GWCM 15(c) Response Provided to Great-West Funds, Inc. Board of Directors – Excerpt**

**Movants' Appx., pp. 184-87**

**FILED UNDER RESTRICTION**

**Arthur B. Laby Expert Report, dated 1/29/2018 – Excerpts**

**Movants' Appx., pp. 188-204**

**FILED UNDER RESTRICTION**

**Great-West Funds' Statement of Additional Information, dated 4/29/2016 – Excerpt**

**Movants' Appx., pp. 205-11**

Table of Contents



## GREAT-WEST FUNDS, INC.

| | |
|---|---|
| Great-West Money Market Fund<br>Institutional Class Ticker: MXGXX<br>Initial Class Ticker: MXMXX | Great-West Moderate Profile II Fund<br>Institutional Class Ticker: MXITX<br>Initial Class Ticker: MXMPX<br>Class L Ticker: MXGPX |
| Great-West Short Duration Bond Fund<br>Institutional Class Ticker: MXXJX<br>Initial Class Ticker: MXSDX<br>Class L Ticker: MXTDX | Great-West Moderately Aggressive Profile II Fund<br>Institutional Class Ticker: MXHRX<br>Initial Class Ticker: MXBPX<br>Class L Ticker: MXFPX |
| Great-West U.S. Government Mortgage Securities Fund<br>Institutional Class Ticker: MXDQX<br>Initial Class Ticker: MXGMX<br>Class L | Great-West Aggressive Profile II Fund<br>Institutional Class Ticker: MXGTX<br>Initial Class Ticker: MXAPX<br>Class L Ticker: MXEPX |
| Great-West Federated Bond Fund<br>Institutional Class Ticker: MXIUX<br>Initial Class Ticker: MXFDX<br>Class L | Great-West Lifetime Conservative 2015 Fund (*formerly* Great-West Lifetime 2015 Fund I)<br>Institutional Class Ticker: MXMAX<br>Class T Ticker: MXLTX<br>Class T1 Ticker: MXLUX<br>Class L |
| Great-West Bond Index Fund<br>Institutional Class Ticker: MXCOX<br>Initial Class Ticker: MXBIX<br>Class L Ticker: MXBJX | Great-West Lifetime 2015 Fund (*formerly* Great-West Lifetime 2015 Fund III)<br>Institutional Class Ticker: MXNYX<br>Class T Ticker: MXLYX<br>Class T1 Ticker: MXLZX<br>Class L Ticker: MXABX |
| Great-West Loomis Sayles Bond Fund<br>Institutional Class Ticker: MXUGX<br>Initial Class Ticker: MXLMX<br>Class L | Great-West Lifetime Conservative 2020 Fund<br>Institutional Class Ticker: MXAFXClass T Ticker: MXACXClass T1 Ticker: MXAEX<br>Class L |
| Great-West Putnam High Yield Bond Fund<br>Institutional Class Ticker: MXFRX<br>Initial Class Ticker: MXHYXClass L | Great-West Lifetime 2020 Fund<br>Institutional Class Ticker: MXAKX<br>Class T Ticker: MXAGX<br>Class T1 Ticker: MXAHX<br>Class L Ticker: MXAJX |

GWCM_LABY_0000799

| | |
|---|---|
| Great-West Templeton Global Bond Fund<br>Institutional Class Ticker: MXZMX<br>Initial Class Ticker: MXGBX<br>Class L | Great-West Lifetime Conservative 2025 Fund<br>(*formerly* Great-West Lifetime 2025 Fund I)<br>Institutional Class Ticker: MXOZX<br>Class T Ticker: MXALX<br>Class T1 Ticker: MXBLX<br>Class L |
| Great-West Loomis Sayles Small Cap Value Fund<br>Institutional Class Ticker: MXTFX<br>Initial Class Ticker: MXLSX<br>Class L | Great-West Lifetime 2025 Fund (*formerly* Great-West Lifetime 2025 Fund III)<br>Institutional Class Ticker: MXQBX<br>Class T Ticker: MXELX<br>Class T1 Ticker: MXFLX<br>Class L Ticker: MXANX |
| Great-West Invesco Small Cap Value Fund<br>Institutional Class Ticker: MXMYX<br>Initial Class Ticker: MXSVX<br>Class L | Great-West Lifetime 2030 Fund<br>Institutional Class Ticker: MXARXClass T Ticker:<br>MXAOXClass T1 Ticker: MXAQX<br>Class L |
| Great-West S&P Small Cap 600® Index Fund<br>Institutional Class Ticker: MXERX<br>Initial Class Ticker: MXISX<br>Class L: MXNSX | Great-West Lifetime 2030 Fund<br>Institutional Class Ticker: MXAYX<br>Class T Ticker: MXATX<br>Class T1 Ticker: MXAUX<br>Class L Ticker: MXAWX |
| Great-West Multi-Manager Small Cap Growth Fund<br>Institutional Class Ticker: MXMSX<br>Initial Class Ticker: MXMTX<br>Class L | Great-West Lifetime Conservative 2035 Fund<br>(*formerly* Great-West Lifetime 2035 Fund I)Institutional Class Ticker: MXRCX<br>Class T Ticker: MXGLX<br>Class T1 Ticker: MXHLX<br>Class L |
| Great-West Goldman Sachs Mid Cap Value Fund<br>Institutional Class Ticker: MXKJX<br>Initial Class Ticker: MXMVX<br>Class L | Great-West Lifetime 2035 Fund (*formerly* Great-West Lifetime 2035 Fund III)<br>Institutional Class Ticker: MXTBX<br>Class T Ticker: MXKLX<br>Class T1 Ticker: MXLLX<br>Class L Ticker: MXAZX |
| Great-West Ariel Mid Cap Value Fund<br>Institutional Class Ticker: MXOAX<br>Initial Class Ticker: MXMCX<br>Class L Ticker: MXAMX | Great-West Lifetime Conservative 2040 Fund<br>Institutional Class Ticker: MXBCXClass T Ticker:<br>MXBAXClass T1 Ticker: MXBBX<br>Class L |
| Great-West S&P Mid Cap 400® Index Fund<br>Institutional Class Ticker: MXNZX<br>Initial Class Ticker: MXMDX<br>Class L | Great-West Lifetime 2040 Fund<br>Institutional Class Ticker: MXBGX<br>Class T Ticker: MXBDX<br>Class T1 Ticker: MXBEX<br>Class L Ticker: MXBFX |

GWCM_LABY_0000800

| | |
|---|---|
| Great-West T. Rowe Price Mid Cap Growth Fund<br>Institutional Class Ticker: MXYKX<br>Initial Class Ticker: MXMGX<br>Class L Ticker: MXTMX | Great-West Lifetime Conservative 2045 Fund (*formerly* Great-West Lifetime 2045 Fund I)<br>Institutional Class Ticker: MXUCX<br>Class T Ticker: MXMLX<br>Class T1 Ticker: MXNLX<br>Class L |
| Great-West T. Rowe Price Equity Income Fund<br>Institutional Class Ticker: MXVHX<br>Initial Class Ticker: MXEQX<br>Class L Ticker: MXTQX | Great-West Lifetime 2045 Fund (*formerly* Great-West Lifetime 2045 Fund III)<br>Institutional Class Ticker: MXWEX<br>Class T Ticker: MXQLX<br>Class T1 Ticker: MXRLX<br>Class L Ticker: MXBHX |
| Great-West Putnam Equity Income Fund<br>Institutional Class Ticker: MXQCX<br>Initial Class Ticker: MXQIX<br>Class L | Great-West Lifetime Conservative 2050 Fund<br>Institutional Class Ticker: MXBNXClass T Ticker: MXBKXClass T1 Ticker: MXBMX<br>Class L |
| Great-West Stock Index Fund<br>Institutional Class<br>Initial Class Ticker: MXSIX<br>Class L | Great-West Lifetime 2050 Fund<br>Institutional Class Ticker: MXBSX<br>Class T Ticker: MXBOX<br>Class T1 Ticker: MXBQX<br>Class L Ticker: MXBRX |
| Great-West S&P 500® Index Fund<br>Institutional Class Ticker: MXKWX<br>Initial Class Ticker: MXVIX<br>Class L Ticker: MXVJX | Great-West Lifetime Conservative 2055 Fund (*formerly* Great-West Lifetime 2055 Fund I)<br>Institutional Class Ticker: MXXFX<br>Class T Ticker: MXSLX<br>Class T1 Ticker: MXTLX<br>Class L |
| Great-West Multi-Manager Large Cap Growth Fund<br>Institutional Class Ticker: MXGSX<br>Initial Class Ticker: MXLGX<br>Class L | Great-West Lifetime 2055 Fund (*formerly* Great-West Lifetime 2055 Fund III)<br>Institutional Class Ticker: MXZHX<br>Class T Ticker: MXWLX<br>Class T1 Ticker: MXXLX<br>Class L Ticker: MXBTX |
| Great-West MFS International Value Fund<br>Institutional Class Ticker: MXJVX<br>Initial Class Ticker: MXIVX<br>Class L Ticker: MXMIX | Great-West SecureFoundation® Lifetime 2015 Fund<br>Institutional Class<br>Class G Ticker: MXSJX<br>Class G1 Ticker: MXSKX<br>Class L Ticker: MXLEX |
| Great-West International Index Fund<br>Institutional Class Ticker: MXPBX<br>Initial Class Ticker: MXINX<br>Class L | Great-West SecureFoundation® Lifetime 2020 Fund<br>Institutional Class<br>Class G Ticker: MXSMX<br>Class G1 Ticker: MXSPX<br>Class L Ticker: MXLFX |

GWCM_LABY_0000801

| | |
|---|---|
| Great-West MFS International Growth Fund<br>Institutional Class Ticker: MXHTX<br>Initial Class Ticker: MXIGX<br>Class L | Great-West SecureFoundation® Lifetime 2025 Fund<br>Institutional Class<br>Class G Ticker: MXSNX<br>Class G1 Ticker: MXSOX<br>Class L Ticker: MXLHX |
| Great-West Real Estate Index Fund<br>Institutional Class Ticker: MXSFX<br>Initial Class Ticker: MXREX<br>Class L | Great-West SecureFoundation® Lifetime 2030 Fund<br>Institutional Class<br>Class G Ticker: MXSQX<br>Class G1 Ticker: MXASX<br>Class L Ticker: MXLIX |
| Great-West Conservative Profile I Fund<br>Initial Class Ticker: MXVPX<br>Class L<br>Institutional Class | Great-West SecureFoundation® Lifetime 2035 Fund<br>Institutional Class<br>Class G Ticker: MXSRX<br>Class G1 Ticker: MXSSX<br>Class L Ticker: MXLJX |
| Great-West Moderately Conservative Profile I Fund<br>Institutional Class<br>Initial Class Ticker: MXTPX<br>Class L | Great-West SecureFoundation® Lifetime 2040 Fund<br>Institutional Class<br>Class G Ticker: MXDSX<br>Class G1 Ticker: MXESX<br>Class L Ticker: MXLKX |
| Great-West Moderate Profile I Fund<br>Institutional Class<br>Initial Class Ticker: MXOPX<br>Class L | Great-West SecureFoundation® Lifetime 2045 Fund<br>Institutional Class<br>Class G Ticker: MXSTX<br>Class G1 Ticker: MXSWX<br>Class L Ticker: MXLNX |
| Great-West Moderately Aggressive Profile I Fund<br>Institutional Class<br>Initial Class Ticker: MXRPX<br>Class L | Great-West SecureFoundation® Lifetime 2050 Fund<br>Institutional Class<br>Class G Ticker: MXFSX<br>Class G1 Ticker: MXHSX<br>Class L Ticker: MXLOX |
| Great-West Aggressive Profile I Fund<br>Institutional Class<br>Initial Class Ticker: MXPPX<br>Class L | Great-West SecureFoundation® Lifetime 2055 Fund<br>Institutional Class<br>Class G Ticker: MXSYX<br>Class G1 Ticker: MXSZX<br>Class L Ticker: MXLPX |
| Great-West Conservative Profile II Fund<br>Institutional Class Ticker: MXKVX<br>Initial Class Ticker: MXCPX<br>Class L Ticker: MXIPX | Great-West SecureFoundation® Balanced Fund<br>Institutional Class Ticker: MXCJX<br>Class G Ticker: MXSBX<br>Class G1 Ticker: MXSHX<br>Class L Ticker: MXLDX |
| Great-West Moderately Conservative Profile II Fund<br>Institutional Class Ticker: MXJUX<br>Initial Class Ticker: MXDPX<br>Class L Ticker: MXHPX | |

(the "Fund(s)")

Movants' Appx., p. 208

GWCM_LABY_0000802

### STATEMENT OF ADDITIONAL INFORMATION ("SAI")

Throughout this SAI, "Fund" is intended to refer to each Fund listed above, unless otherwise indicated. This SAI is not a Prospectus. It contains information in addition to the information in the Prospectuses for the Funds. The Prospectuses for the Funds, which we may amend from time to time, contain the basic information you should know before investing in a Fund. This SAI should be read together with the Prospectuses for the Funds, each dated April 29, 2016. Requests for copies of Prospectuses should be made by writing to: Secretary, Great-West Funds, Inc., 8525 East Orchard Road, Greenwood Village, Colorado 80111, by calling 1-866-831-7129, or by viewing http://www.greatwestfunds.com. The financial statements, appearing in the Annual Reports and Semi-Annual Reports, are incorporated into this SAI by reference. Copies of the Annual Reports and Semi-Annual Reports are available, without charge, and can be obtained by calling 1-866-831-7129 or by viewing at http://www.greatwestfunds.com.

### April 29, 2016

Movants' Appx., p. 209                                        GWCM_LABY_0000803

Table of Contents

\*\*\*   Each director serves until the next shareholders' meeting (and until the election and qualification of a successor), or until death, resignation, removal or retirement which takes effect no later than May 1 following his or her 75th birthday. Officers are elected by the Board on an annual basis to serve until their successors have been elected and qualified.

There are no arrangements or understandings between any Director or officer and any other person(s) pursuant to which s/he was elected as Director or officer.

**Board of Directors Leadership Structure**

The Board is responsible for overseeing the management of the business and affairs of Great-West Funds and its Funds. The Board currently consists of three Independent Directors and one Interested Director. The Independent Directors have retained outside independent legal counsel and meet at least quarterly with that counsel in executive session without the Interested Director and management.

The Chair of the Board is Gail Klapper, an Independent Director. The Chair presides at all meetings of the Board at which the Chair is present. The Chair exercises such powers as are assigned to her by the Board of Directors, which may include acting as a liaison with service providers, Great-West Funds officers, attorneys and other Directors between meetings. Except for any duties specified herein or pursuant to Great-West Funds' charter document, the designation of Chair does not impose on such Director any duties, obligations or liability that are greater than the duties, obligations or liability imposed on such person as a member of the Board generally.

As described below, Great-West Funds has three standing committees. The Executive Committee is comprised of an Interested Director and an Independent Director. The Audit Committee and Independent Directors Committees are comprised of the Independent Directors.

Great-West Funds has determined that the Board's leadership structure is appropriate given the characteristics and circumstances of Great-West Funds including, without limitation, the number of Funds that comprise Great-West Funds, the net assets of Great-West Funds and Great-West Funds' business and structure, because it allows the Board to exercise oversight in an orderly and efficient manner. The leadership structure of the Board may be changed, at any time and in the discretion of the Board, including in response to changes in circumstances or the characteristics of Great-West Funds.

**Risk Oversight**

Consistent with its responsibility for oversight of Great-West Funds and its Funds, the Board, among other things, oversees risk management of each Fund's investment program and business affairs directly and through its committees. Great-West Funds, GWCM, the Distributor, Sub-Advisers, and other Great-West Fund service providers have implemented a variety of processes, procedures and controls to address these risks.

The Board's administration of its risk oversight includes adoption and periodic review of policies and procedures designed to address risk, and monitoring efforts to assess the effectiveness and implementation of the policies and procedures in addressing risks. It is possible that, despite the Board's oversight of risk, not all risks will be identified, mitigated or addressed. Further, certain risks may arise that were unforeseen.

The Board receives reports from senior officers of Great-West Funds at regular and special meetings of the Board on a variety of matters, including matters relating to risk management and valuation. The Board and the Audit Committee also receive regular reports from the Chief Financial Officer & Treasurer on Great-West Funds' internal controls and accounting and financial reporting policies and practices and procedures. In addition, Great-West Funds' independent registered public accounting firm reports regularly to the Audit Committee on internal control and accounting and financial reporting matters. The Board also meets with Great-West Funds' Chief Compliance Officer at least quarterly to discuss compliance issues, and the Board receives a written report from the Chief Compliance Officer at least annually that addresses the policies and procedures of Great-West Funds, GWCM, each Sub-Adviser, the Distributor, and DST Systems, Inc., Great-West Funds' transfer agent. In addition, the Independent Directors meet with the Chief Compliance Officer at least annually in executive session. The Board also receives reports on a periodic or regular basis from GWCM, and Great-West Funds' other primary service providers. In addition, at regular quarterly meetings, the Board meets with Sub-Advisers on a rotating basis.

**Standing Committees**

The Board of Directors has three standing committees: an Executive Committee, an Audit Committee and an Independent Directors Committee.

The Executive Committee may exercise all the powers and authority of the Board with respect to all matters other than: (1) the submission to stockholders of any action requiring authorization of stockholders pursuant to state or federal law, or the Articles of Incorporation; (2) the filling of vacancies on the Board; (3) the fixing of compensation of the Directors for serving on the Board or on any committee of the Board, including the Executive Committee; (4) the approval or termination of any contract with an investment adviser or principal underwriter, as such terms are defined in the 1940 Act, or the taking of any other action required to be taken by the Board of Directors by the 1940 Act; (5) the amendment or repeal of the By-laws or the adoption of new By-laws;

31

GWCM_LABY_0000835

Table of Contents

(6) the amendment or repeal of any resolution of the Board that by its terms may be amended or repealed only by the Board; and (7) the declaration of dividends and the issuance of capital stock of Great-West Funds. Ms. Klapper and Mr. Musto are the members of the Executive Committee. No meetings of the Executive Committee were held in 2015.

As set out in the Great-West Funds' Audit Committee Charter, the basic purpose of the Audit Committee is to enhance the quality of Great-West Funds' financial accountability and financial reporting by providing a means for Great-West Funds' Independent Directors to be directly informed as to, and participate in the review of, Great-West Funds' audit functions. Another objective is to ensure the independence and accountability of Great-West Funds' outside auditors and provide an added level of independent evaluation of Great-West Funds' internal accounting controls. Finally, the Audit Committee reviews the extent and quality of the auditing efforts. The function of the Audit Committee is oversight. It is management's responsibility to maintain appropriate systems for accounting and internal control, and the auditor's responsibility to plan and carry out a proper audit. Mr. McConahey, Chair of the Audit Committee, Ms. Klapper, and Ms. Lynne are the members of the Audit Committee. Three meetings of the Audit Committee were held in 2015.

On September 19, 2013, the Board established an Independent Directors Committee. As set forth in the Great-West Funds' Independent Directors Committee Charter, the primary purposes of the Independent Directors Committee is (1) to identify and recommend individuals for membership on the Board; (2) to review the arrangements between Great-West Funds and its service providers, including the review of Great-West Funds' advisory and distribution arrangements in accordance with the 1940 Act; (3) to carry out the responsibilities of Independent Directors pursuant to Rule 38a-1 under the 1940 Act; and (4) to oversee issues related to Great-West Funds' Independent Directors that are not specifically delegated to another Board committee. Ms. Klapper, Chair of the Committee, Ms. Lynne and Mr. McConahey are the members of the Independent Directors Committee. Five meetings of the Independent Directors Committee were held in 2015.

The Independent Directors Committee does not have a formal process for considering nominees whose names are submitted to it by shareholders because, in its view, a shareholder that desires to nominate a person for election to the Board may do so directly by following the requirements set forth in Rule 14a-8 under the Securities Exchange Act of 1934. Nevertheless, the Independent Directors Committee will consider candidates recommended by shareholders. Shareholders who wish to have their recommendations considered by the Board shall direct the recommendation in writing to the Secretary of Great-West Funds at 8525 East Orchard Road, 2T3, Greenwood Village, Colorado 80111. The factors used by the Independent Directors Committee for evaluating and identifying candidates for the Board, which are the same for any candidate regardless of whether the candidate was recommended by a shareholder or by the Committee, include but are not limited to: whether the Board collectively represents a broad cross section of backgrounds, functional disciplines, and experience; whether a candidate's stature is commensurate with the responsibility of representing shareholders; whether a candidate represents the best choice available; and whether the candidate has the ability to assume the responsibilities incumbent on a Director. The Committee does not evaluate proposed nominees differently based upon who made the proposal.

**Ownership**

As of December 31, 2015, none of the members of the Board of Directors had beneficial ownership in the Funds and/or any other investment companies overseen by the Board. As of December 31, 2015, none of the Independent Directors had beneficial ownership in any investment adviser, principal underwriter or sponsoring insurance company of the Funds or any person (other than a registered investment company) directly or indirectly controlling, controlled by or under common control with any investment adviser, principal underwriter or sponsoring insurance company of the Funds. Since shares of the Funds may only be sold to Permitted Accounts, members of the Board of Directors are only able to invest in shares of the Funds if they invest through a Permitted Account that makes one or more of the Funds available for investment.

**Compensation**

Great-West Funds pays no salaries or compensation to any of its officers or Directors affiliated with Great-West Funds or GWCM. The chart below sets forth the annual compensation paid to the Independent Directors and certain other information.

| Name of Independent Director | Aggregate Compensation from Great-West Funds | Pension or Retirement Benefits Accrued as Part of Fund Expenses | Estimated Annual Benefits Upon Retirement | Total Compensation from Great-West Funds Paid to Directors |
|---|---|---|---|---|
| Gail H. Klapper | $101,250 | $0 | $0 | $101,250 |
| Donna L. Lynne | $97,500 | $0 | $0 | $97,500 |
| Stephen G. McConahey | $97,500 | $0 | $0 | $97,500 |

As of December 31, 2015, there were 63 funds for which the Directors served as Directors, all of which were Funds of Great-West Funds. The total compensation paid is comprised of the amount paid during Great-West Funds' most recently completed fiscal year ended December 31, 2015 by Great-West Funds.

32

GWCM_LABY_0000836

**Order on Motion for Summary Judgment, *McClure v. Russell Commodity Strategies Fund*, 1:13-cv-12631-WGY (D. Mass Nov. 15, 2016), ECF No. 166**

**Movants' Appx., pp. 212-13**

5/15/2018      CM/ECF - USDC Massachusetts - Version 6.1.1.2 as of 7/29/2017

CLOSED,CONSOLIDATED,LEAD

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:13-cv-12631-WGY

| | |
|---|---|
| McClure v. RUSSELL COMMODITY STRATEGIES FUND | Date Filed: 10/17/2013 |
| Assigned to: Judge William G. Young | Date Terminated: 02/28/2017 |
| Demand: $0 | Jury Demand: None |
| Cause: 28:1331 Fed. Question | Nature of Suit: 850 Securities/Commodities |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Fred McClure**
*Derivatively on Behalf of*
*on behalf of*
RUSSELL COMMODITY STRATEGIES
FUND
*on behalf of*
RUSSELL EMERGING MARKETS FUND
*on behalf of*
RUSSELL GLOBAL EQUITY FUND
*on behalf of*
RUSSELL GLOBAL INFRASTRUCTURE
FUND
*on behalf of*
RUSSELL GLOBAL OPPORTUNISTIC
CREDIT FUND
*on behalf of*
RUSSELL INTERNATIONAL
DEVELOPED MARKETS FUND
*on behalf of*
RUSSELL MULTI-STRATEGY
ALTERNATIVE FUND
*on behalf of*
Russell Strategic Bond Fund
*on behalf of*
RUSSELL U.S. SMALL CAP EQUITY
FUND
*on behalf of*
RUSSELL GLOBAL REAL ESTATE
SECURITIES FUND

represented by **Andrew W. Robertson**
Zwerling, Schachter & Zwerling, LLP
41 Madison Avenue
New York, NY 10010
Email: arobertson@zsz.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel L. Sachs**
Robbins Arroyo LLP
Suite 1900
600 B Street
San Diego, CA 92101
619-525-3990
Fax: 619-525-3991
Email: dsachs@robbinsarroyo.com
*TERMINATED: 03/24/2016*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward B Gerard**
Robbins Arroyo LLP
60 B Street
Suite 1900
San Diego, CA 92101
619-525-3990
Email: egerard@robbinsarroyo.com
*TERMINATED: 10/31/2016*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric M. Carrino**
Robbins Arroyo LLP
600 B Street
Suite 1900
San Diego, CA 92101

Movants' Appx., p. 212

**Robert J. Liubicic**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sean T. Carnathan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean M. Murphy**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mediator**

**Judge Marianne B. Bowler**
*TERMINATED: 05/27/2016*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/2016 | 166 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Motion Hearing held at BC Law School on 11/15/2016 re 126 MOTION for Summary Judgment filed by RUSSELL INVESTMENT MANAGEMENT COMPANY, Russell Fund Services Company. The Court grants summary judgment for the defendants as to all claims against Russell Multi-Strategy Alternative Fund due to lack of standing and enters an Order granting in part and denying in part 126 Motion for Summary Judgment. The motion is denied as to fall out benefits, profitability and quality of service, allowed as to all other claims. The jury waived trial is placed on the running trial list for March 2017. Counsel shall file a joint proposed case management scheduled within two weeks. A final pretrial conference will be held in February 2017. A joint pretrial memo is due the first Monday in February 2017. (Ready for Trial on 3/6/2017 09:00 AM in Courtroom 18 before Judge William G. Young.) (Court Reporter: Richard Romanow at bulldog@richromanow.com.)(Attorneys present: Dixon for the plaintiffs, Murphy and Carnathan for the defendants) (Gaudet, Jennifer) (Entered: 11/16/2016) |
| 11/17/2016 | 167 | Transcript of Summary Judgment Hearing held on November 15,, 2016, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at bulldog@richromanow.com Redaction Request due 12/8/2016. Redacted Transcript Deadline set for 12/19/2016. Release of Transcript Restriction set for 2/15/2017. (Scalfani, Deborah) (Entered: 11/17/2016) |
| 11/17/2016 | 168 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general-info.htm (Scalfani, Deborah) (Entered: 11/17/2016) |

Movants' Appx., p. 213