IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00230-CMA-SKC (consolidated for all purposes with
Civil Action No. 16-cv-01215-CMA-SKC and Civil Action No. 16-cv-03162-CMA-SKC)

JOAN OBESLO, *et al.*,

    Plaintiffs,

v.

GREAT-WEST CAPITAL MANAGEMENT, LLC, *et al.*,

    Defendants.

## DEFENDANTS' DOCUMENTATION OF ATTORNEYS' FEES AND EXPENSES ON MOTION FOR SANCTIONS

Pursuant to 28 U.S.C. § 1927, D.C.Colo.LCivR 54.3 and this Court's September 28, 2020 Order granting Defendants' Motion for Sanctions (Dkt. 400), Defendants Great-West Capital Management, LLC ("GWCM") and Great-West Life & Annuity Insurance Company ("GWLA") (collectively, "Defendants") submit the following documentation of their excess attorneys' fees and other expenses reasonably incurred from the first day of trial through September 1, 2000, in an amount not to exceed $1,500,000 (Dkt. 400 at 8):

    1.    <u>Affidavit of Robert M. Little</u>—Mr. Little is Associate General Counsel, Litigation, for Empower Retirement LLC, an affiliate of GWCM and GWLA. As his Affidavit attests, he attended all trial proceedings, managed and observed the work of the counsel whose fees Defendants are entitled to recover, and approved those attorneys' invoices for payment. Redacted copies of the invoices Mr. Little reviewed

(and which Defendants paid) are attached to his Affidavit under seal, and demonstrate that Defendants paid in excess of $1,500,000 in fees and expenses during the relevant time period.

      2.    <u>Affidavit of Kevin Shea</u>—Mr. Shea is a partner at Richilano Shea LLC and has practiced law in Denver, Colorado at several different firms over the last 44 years. Defendants have included Mr. Shea's Affidavit should the Court determine that applicable Denver rates, as opposed to the actual rates paid by Defendants, should apply here. *See Hamilton v. Boise Cascade Express*, 519 F.3d 1197, 1207 (10th Cir. 2008). However, in this case, there is strong reason for the Court to conclude that actual rates paid by Defendants should apply. As reflected in the Affidavit of Mr. Little, after an extensive search, Defendants identified no Denver-based outside counsel with the requisite experience litigating cases under the Investment Company Act of 1940. (Little Affidavit at ¶ 4.) Mr. Shea's Affidavit is consistent with this point, noting that "the Lawsuit centered on a very specialized area of securities law" that required "special knowledge and experience outside the ken of even highly experienced and skilled commercial litigators." (Shea Affidavit at p. 7.) In any event, as his Affidavit attests, Mr. Shea has researched the prevailing rates in Denver for similar services by lawyers of reasonably comparable, skill, education and reputation as the lawyers whose fees Defendants are entitled to recover here. His Affidavit sets forth his conclusions regarding the reasonable, Denver-based rates for those lawyers and his methodology in reaching those conclusions.

      3.    <u>Calculation of Fees and Expenses</u>—Attached to Mr. Little's Affidavit is a chart which calculates for the Court:

    a) the number of hours billed by each attorney and support staff for whom Defendants seek to recover fees for the relevant time period set forth in the Court's Order;

    b) multiplied by the actual rates charged to and paid by Defendants; and

    c) multiplied by the reasonable, Denver-based rates supported by Mr. Shea's Affidavit.

      4.    <u>Trial Invoices for Defendants' Experts</u>—Finally, also attached to Mr. Little's Affidavit are the invoices for Professor Arthur Laby and Dr. Glen Hubbard, and their support staff, submitted to and paid by Defendants, for their fees incurred in connection with Professor Laby's and Dr. Hubbard's trial testimony .  At least some courts have awarded expert witness fees under 28 U.S.C. § 1927.  *See, e.g., Int'l Intellectual Mgmt. Corp. v. Lee Yunn Enters.*, No. CV 08-7587 R (JWJx), 2009 U.S. Dist. LEXIS 132872, at *10 (C.D. Cal. Dec. 14, 2009); *Suntiger, Inc. v. Telebrands Advertising Corp., et al.*, 2004 U.S. Dist. LEXIS 28226, *21 (E.D. Va. 2004).  These expenses were reasonably incurred and are consistent with the Court's Order on the Motion for Sanctions.  (Dkt. 400 at 18 ("Plaintiffs' attorneys are personally liable for Defendants' excess costs, expenses, and attorney fees reasonably incurred….").)

    Defendants' submissions of the above documentation provides the information required by D.C.COLO.LCivR 54.3 to support an award of $1,500,000 to Defendants and against Plaintiffs' counsel as sanctions under 28 U.S.C. §1927.

| | |
|---|---|
| Dated: October 16, 2020 | Respectfully submitted, |

*s/ Edward C. Stewart*
Edward C. Stewart
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone: 303.244.1800
Facsimile: 303.244.1879
stewart@wtotrial.com

Sean M. Murphy
Milbank LLP
55 Hudson Yards
New York, NY 10001
Telephone: 212.530.5688
Facsimile: 212.822.5688
smurphy@milbank.com

Robert J. Liubicic
James D. Whooley
Milbank LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: 424.386.4525
Facsimile: 213.629.5063
rliubicic@milbank.com
jwhooley@milbank.com

Robert Michael Little
Great-West Life & Annuity Insurance Company
8515 East Orchard Road, 2T3
Greenwood Village, CO 80111
Telephone: 303.737.5089
Facsimile: 303.737.1699
bob.little@greatwest.com

*Attorneys for Defendant Great-West Capital Management, LLC and Great-West Life & Annuity Insurance Company*

4

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on October 16, 2020, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

- Robert Michael Little
  bob.little@greatwest.com

- Edward Craig Stewart
  stewart@wtotrial.com, powell@wtotrial.com, purdy@wtotrial.com

- Thomas W. Snyder
  thomas.snyder@kutakrock.com, becky.franson@kutakrock.com

- Lydia M. Floyd
  lfloyd@prwlegal.com, ecf@prwlegal.com, vshahrimanyan@prwlegal.com

- Mark T. Johnson
  mjohnson@schneiderwallace.com, 1034213420@filings.docketbird.com, efilings@schneiderwallace.com

- Kyle Geoffrey Bates
  kbates@schneiderwallace.com, 3005202420@filings.docketbird.com

- Kurt Charles Struckhoff
  kstruckhoff@uselaws.com

- Michael Armin Wolff
  mwolff@uselaws.com, rfreisinger@uselaws.com

- Jerome Joseph Schlichter
  jschlichter@uselaws.com, rfreisinger@uselaws.com, sbddocket@uselaws.com, ssoyars@uselaws.com

- Adam Michael Regoli
  adam.regoli@greatwest.com

- Sean E. Soyars
  ssoyars@uselaws.com

- Sean Miles Murphy
  smurphy@milbank.com, autodocketecf@milbank.com, carefrye@yahoo.com,

5

cfrye@milbank.com, ggreen@milbank.com, kmaggio@milbank.com, rliubicic@milbank.com, uihenatu@milbank.com

- Robert Liubicic
  rliubicic@milbank.com

- Randall Marc Lending
  rlending@vedderprice.com, ecfdocket@vedderprice.com, trobinson@vedderprice.com

- Benjamin James Reed
  breed@milbank.com, benreed84@gmail.com

- Joseph C. Peiffer
  jpeiffer@prwlegal.com, bjones@prwlegal.com

- James Dennis Whooley
  jwhooley@milbank.com

*s/ Edward C. Stewart*