## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-230-CMA-MJW

JOAN OBESLO, JAMES DIMAGGIO, ANNE HALL, CAROL A. REYNON-LONGORIA, CYNTHIA BERNAL, and TINA GORELL-DEYERLE, *et al.*,

*Plaintiffs*,

v.

GREAT-WEST CAPITAL MANAGEMENT, LLC,

*Defendant*.

_____

Civil Action No. 16-cv-1215-CMA-MJW

DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK APLC 401(K) PLAN,

*Plaintiff*,

v.

GREAT-WEST CAPITAL MANAGEMENT, LLC,

*Defendant*.

_____

Civil Action No. 16-cv-3162-CMA-MJW

JOAN OBESLO, JAMES DIMAGGIO, ANNE HALL, CAROL A. REYNON-LONGORIA, CYNTHIA BERNAL, and TINA GORELL-DEYERLE, *et al.*,

*Plaintiffs*,

v.

GREAT-WEST LIFE & ANNUITY INSURANCE CO. and GREAT-WEST CAPITAL MANAGEMENT, LLC,

*Defendants*.

_____

## AFFIDAVIT OF KEVIN SHEA

_____

I.        The Engagement

I have been engaged by Great-West Life & Annuity Insurance Company and Great-West Capital Management LLC ("Great-West") to provide my opinion regarding reasonable hourly attorney rates for complex commercial litigation in the Denver area to be submitted in support of Great-West's request for attorneys' fees under 28 U.S.C. 1927 and, specifically, the Court's Order dated September 28, 2020 (Dkt. 400) in *Obeslo et al. v. Great-West Capital Management LLC*, Civil Action No. 16-cv-00230-CMA-SKC (consolidated for all purposes with *Duplass et al. 401(k) Plan v. Great-West Capital Management LLC*, Civil Action No. 16-cv-01215-CMA-SKC and *OBESLO, HALL et al. v. Great-West Live & Annuity Insurance Co. and Great-West Capital Management LLC,* Civil Action No. 16-cv-03162-CMA-SKC (D. Colo.) (collectively, the "Lawsuit").

I specifically have not been engaged to provide a line-by-line analysis of attorney invoices to determine the reasonableness of time spent on particular tasks. As stated above, my work is limited to opining on reasonable hourly rates for complex commercial litigation such as the Lawsuit in the Denver market during the timeframe of the trial in this case – January 2020.

I submit this Affidavit based on my own personal knowledge and experience, on materials supplied to me by Great-West, and on other materials upon which an expert would reasonably rely, as more fully set out in this Affidavit.

My own law firm, Richilano Shea LLC, is being compensated for my time at the rate of $550 per hour which is my current rate for such engagements. My compensation is not dependent on any particular outcome of Great-West's motion for attorneys' fees. I am not an owner of or related to any of the parties or attorneys seeking fees in this

matter, and I have no interest in this matter other than as a neutral albeit retained expert cognizant of his additional role as an officer of the court. Other than speaking to Mr. Ed Stewart, an attorney at Wheeler Trigg O'Donnell LLP ("WTO"), who facilitated my receipt of background material and information, I have not communicated with any of the attorneys or clients seeking fees in this matter. Mr. Stewart did not at any time attempt to influence any of my opinions expressed in this Affidavit or its attached exhibits.

## II.      My Professional Background

I was admitted to the practice of law in Colorado in October 1976, and I have been continuously engaged in the practice of law in this State since that date.

My practice for more than forty years has concentrated exclusively in civil and criminal litigation, in private practice (1980 to date), and as a trial attorney with the District Attorney's Office for the Twentieth Colorado Judicial District (Boulder 1976-1979).  My practice has included extensive corporate litigation and trial work in antitrust, securities, environmental, and corporate governance.

I have been a partner in the law firm of Richilano Shea LLC since its formation on January 1, 2009. Prior to that date, I was a partner of Ballard Spahr, LLP (1996-2008), Holme Roberts & Owen (1985-1996), and Roath & Brega, P.C. (Associate/Shareholder 1980-1984).

I estimate I have tried more than 75 cases to verdict (as well as some hung juries and other cases which settled during trial). Some trials lasted up to one month, others a week or less. I have been trial counsel in many hundreds of litigation matters that did

not go to trial. I am a Fellow of the American College of Trial Lawyers, currently serving as Colorado State Chair.

Additional information on my professional background is contained in the biographical description attached as Exhibit 1.

Throughout my time in private practice, I estimate that 90 percent of my work was billed hourly (as opposed to contingent or flat fee). For over 35 years, I have reviewed bills for attorneys' fees issued to clients on a monthly basis. Those bills contained not only my own time, but that of other lawyers and paralegals in the firms in which I worked. I estimate that 65 percent of my time in private practice has been devoted to complex civil litigation, usually involving multiple parties and mostly, but not exclusively, representing defendants.

I have also been involved representing many lawyers who had fee disputes. I have reviewed numerous attorney bills in that context as well.

I have represented insurers in coverage cases involving claims in complex commercial and environmental cases where the damages sought included millions of dollars in attorneys' fees. I have reviewed and evaluated the reasonableness of attorneys' fees in those contexts.

As an attorney who has practiced in Denver/Boulder his entire career, I am very familiar with the rates charged by law firms in the Denver metropolitan area. In addition, I have worked in complex civil litigation as local counsel or co-counsel with lawyers from other jurisdictions with sufficient frequency that I have also become familiar with the rates charged by commercial litigation firms in many other regions of the United States.

I have one publication authored within the last 10 years titled, "Taking Depositions That Can Actually Be Used At Trial" (last updated October 2016) distributed by CLE in Colorado. I have testified twice as expert at hearings within the last four years: 1) *Snyder v. Acord et al.* Civil Action No. 14-cv-01736-JLK (D. Colo.); 2) *Trinza v. Colorado Products Services, LLC et al.*, Denver District Court Case No. 17-cv-031399. My testimony in both cases related to reasonableness of attorneys' fees.

III.    Materials and Sources of Information Considered in Forming My Opinions

The materials and sources of information which I have considered in forming my opinions include:

1.    Pleadings, motions, briefs, and reports filed through October 7, 2020 in the Lawsuit.

2.    Filings and Orders issued in the Lawsuit (including PACER Docket Nos. 384 FINDINGS OF FACT AND CONCLUSIONS OF LAW; 389 DEFENDANTS' MOTION FOR SANCTIONS UNDER 28 U.S.C. § 1927; 394 MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SANCTIONS; 399 REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS UNDER 28 U.S.C. § 1927 and; 400 ORDER GRANTING DEFENDANTS' MOTION FOR SANCTIONS UNDER 28 U.S.C. § 1927).

3.    2017 Economics of Law Practice Survey published by the Colorado Bar Association http://www.cobar.org/portals/COBAR/repository/2017EconomicSurvey.pdf

4.    Biographical materials for each of the attorneys discussed.

5.    U.S.D.C. Colorado Local Rule 54.3

IV.  Case Summary

My understanding is that the Lawsuit is comprised of three consolidated cases in a derivative action arising under 36(b) of the Investment Company Act, 15 U.S.C. § 802-35(b) (the "ICA").  Generally, Plaintiffs claim the fees charged by  Great-West were too high under the applicable legal standards established by statute and *Gartenberg v. Merrill Lynch Asset Mgmt. Inc.*, 694 F.2d 923 (2nd Circuit 1982).

The Lawsuit was filed in January 2016, proceeded through discovery and motions, and resulted in a bench trial held from January 13-28, 2020. The Court issued its Findings of Fact and Conclusions of Law (Dkt. 384) on August 7, 2020, and entered Judgment in favor of Great-West and against Plaintiffs.

On September 1, 2020, Great-West filed Defendants' Motion for Sanctions under 28 U.S.C. 1927, seeking an award of "…costs, expenses, and attorneys' fees reasonably incurred from the first date of trial to the present, not to exceed $1,500,000." (Dkt. 399 p.17).

The Court entered its Order granting Great-West's §1927 Motion (Dkt. 400) and directed Great-West to submit supporting documentation for its requested attorneys' fees on or before October 19, 2020. This Affidavit is made in support of the attorneys' fees sought by Great-West.

The Lawsuit was hard-fought by any measure as reflected, in part, by the 400+ docket entries for this matter.  The trial itself lasted eleven days in which thirteen fact witnesses and three experts testified. (Dkt. 384 at 6).

The litigation was unquestionably "high stakes" for Great-West. Plaintiffs sought $50,000,000 in damages at trial, and were advancing theories of recovery - which

Defendants believed flawed - but nevertheless, would, if accepted, alter the entire landscape of the mutual fund industry relating to the structure and amount of fees charged. (Dkt. 389 at 6).

The claims asserted in the various Complaints in the Lawsuit centered on a very specialized area of securities law, namely section 36(b) of the ICA. In my experience as a commercial litigator in Denver, including representing many defendants in state and federal securities law actions, these so-called "40 Act Cases" require special knowledge and experience outside the ken of even highly experienced and skilled commercial litigators.

V.    Staffing the Litigation

My understanding is that because Great-West perceived the litigation as "high stakes,"  it made the business decision to defend the case using primarily lawyers from Milbank LLP utilizing its attorneys who had specific and successful experience defending similar litigation involving Section 36(b) of the ICA.

Milbank is a large international law firm founded in New York in 1866. It has 12 offices around the world, with three in the United States – New York, Los Angeles, and Washington, D.C.  As of 2019, the firm had 765 attorneys. The firm is well regarded for its litigation practice in high level financial industry litigation and offers deep understanding of financial markets and instruments.  *See Chambers USA America's Leading Lawyers for Business 2017 p.2073.*

The key members of the Milbank trial team were:

1) Sean Murphy – Partner (bio attached as Exhibit  2)

2) Robert ("Rob) Liubicic – Partner (bio attached as Exhibit 3)

3) James Whooley – Senior Associate (bio attached as Exhibit 4)

4) Benjamin Reed – Associate (bio attached as Exhibit 5)

5) Ayana Sumiyasu – Associate (bio attached as Exhibit 6)

6) Kevin Maggio – Associate (bio attached as Exhibit 7)

7) Jacqueline Rosen – Associate (bio attached as Exhibit 8)

WTO served as local counsel and participated in the trial of the Lawsuit. WTO is a national litigation and trial firm headquartered in Denver, focusing on high stakes and complex matters. It is universally considered a top-tier trial firm not only in Denver, but nationwide. WTO was established in 1998 and currently numbers 100 attorneys.

WTO Partner Ed Stewart served as co-trial counsel and local counsel. He has extensive experience in the United States District Court for Colorado (and elsewhere). A copy of Mr. Stewart's bio is attached as Exhibit 9.

Undoubtedly, paralegals and trial assistants were also part of the trial team.

## VI. Legal Standard re Hourly Rate and Methodology

This Court has previously stated:

> A party seeking attorney fees bears the burden of producing "satisfactory evidence – in addition to the attorneys' own affidavits – that the requested rates are in line with those prevailing in the community for similar services by lawyers of reasonably comparable, skill, experience and reputation." *Blum v. Stenson*, 465 U.S. 886, 896 n. 11 (1984). *Barrington v. United Airlines*, 15-cv-00590-CMA-MLC (D. Colo. 2015).

*Barrington v. United Airlines, Inc.*, Civil Action No. 15-cv-00590-CMA-MLC, (D. Colo. 2015) (Dkt. 125 at 11).

In forming my opinions regarding reasonable rates, I looked to my knowledge of the Denver market for complex, high-stakes, "bet-the-company" civil litigation fees. The

attorneys who handle these types of matters are typically partners with 20 or more years of high stakes, complex litigation, and importantly, have actual trial experience. For the most part they practice in larger law firms with significant resources and charge top of market rates.

I am aware of top tier commercial litigation lawyers in Denver currently charging $925 per hour. I believe there are some lawyers in Denver charging more. I am aware of many top tier commercial litigation lawyers in Denver charging in excess of $800 per hour. Unfortunately, hourly "rate sheets" are not available for these lawyers or their firms.  Law firms and lawyers are reluctant to publicize their rates. This is due to a variety of competitive and marketplace concerns. However, over the years, both now and during my 30 years as a large firm complex civil and criminal trial lawyer, I have been privy to what competitors are charging in the marketplace. I have also had experience reviewing attorney bills for reasonableness and I have asked clients (without naming names) what they are paying in Denver for top complex civil litigation.  I believe my market data is current.

In forming my opinions, I have read numerous cases involving the awarding of attorneys' fees in the District of Colorado. Most of those cases are not applicable, in my opinion, to the Lawsuit because they did not involve such high stakes litigation in a specialized area of law where few practitioners would qualify for the engagement.

One case that I did find instructive was *Biax v. Nvidia*, 2013 WL 4051908 (D. Colo., 2013). In that patent litigation case, defendants sought to recover their fees from plaintiffs after the Court granted defendants' summary judgment on all of plaintiffs' claims.

In *Biax*, the court found that partner rates upwards of $740, and associate rates of $400, were reasonable in 2013.  The Court cited a 2010 National Law Journal (NLJ) billing survey that "…indicate[d] that in 2010 Denver firms billed between $285 and $810 for partners and between $170 and $530 for associates." *Biax*, pp. *6*-7. The Court also stated that "complexity of subject matter, high stakes, and contentiousness of dispute" justified higher fees.  *Biax, p. 7.*  I believe each of those elements were likewise present in the Lawsuit.  Another factor supporting my opinion of reasonable rates is the result obtained by the attorneys in the Lawsuit – which was a complete success following a long trial.

I have searched without success for a more contemporary NLJ (or comparable) rate survey. The only available comparable rate survey that I was able to locate is the "2017 Economics of Law Practice Survey" published by the Colorado Bar Association.

According to that survey, which is based on 2016 data, the median billing rate for the top 75th percentile of partners in 100+ attorney firms was $594 per hour. *See* 2017 Economics of Law Practice Survey, Table 005, p. 1. My understanding is that means, in general terms, that 25% of the entire partner group of 100+ attorney firms billed at $594 or higher. And, based on the data reported in the survey, it is not possible to tell how much above $594 those rates were.

The 2017 Survey indicates the 75th percentile in 100+ attorney organizations had rates in 2016 for associate attorneys between $235 and $300.  *See* 2017 Economics of Law Practice Survey, Table 006, p.1. Again, my understanding is this statistic means 25% of the associate group billed at $300 or higher, but it is not possible to tell how much above $300.

In my opinion, the 2017 Survey reflects rates for both partners and associates that are significantly lower than 2020-reasonable Denver market rates for the skill, experience, and outcome achieved by the attorneys in the Lawsuit.

I have personal knowledge that top tier attorney rates in Denver have increased and, in many cases, dramatically, since the *Biax* decision in 2013, and since 2016 when the data was collected for the 2017 Survey.  Consequently, I believe that those rates would be substantially higher in today's market.

My opinion is that, during the time of the trial in this case, top tier complex civil litigation trial rates in the Denver market would range from $795 to $850 per hour for experienced (20 years or so)  partners with the lead or co-lead trial role.  Associate rates would range from $280-525.

### VII.  Reasonable Rates For Attorneys In The Lawsuit

I have reviewed the resumes and biographies of the attorneys who were primarily responsible for the trial of the Lawsuit.

I am aware that the Milbank attorneys regularly bill and collect fees at rates substantially higher than the rates that are, in my opinion, reasonable for the Denver market. It is also my understanding that Great-West has paid the Milbank attorneys' bills at much higher than Denver rates.

For the following reasons, I believe that a reasonable hourly rate for the Milbank attorneys is at the upper end of the Denver market rate for top tier complex litigation attorneys, and that a reasonable rate for Denver based attorney Ed Stewart is his current rate of $454. I discuss each of the attorneys below.

**Sean Murphy**. Mr. Murphy was lead counsel for Great-West and headed a team of extremely experienced and talented lawyers.  In my experience, and in the Denver market, securities litigation is a niche that can and does command top market rates.  Mr. Murphy has extensive experience representing investment advisors and mutual funds in securities litigation. Importantly, Mr. Murphy has extensive experience actually trying securities cases.

Especially significant for present purposes, in 2016, Mr. Murphy successfully tried what I understand to be the seminal "manager of managers" case to go to trial under Section 36(b) of the ICA. *See Sivolella v. AXA Equitable Life Ins. Co*., Case No. 11-cv-4194 (D.N.J. 2016) *aff'd sub nom Sivolella* for use and benefit of *E/Q Common Stock Index Portfolio v. AXA Equitable Life Ins. Co*., 742 F. App'x 604(3rd Cir. 2018). Mr. Murphy led the successful defense of AXA in a seven-week trial where, like the present case, plaintiffs alleged many tens if not hundreds of millions of damages based on allegations that the fees charged to mutual funds in AXA's offerings were excessive. Aside from the *AXA* case, Mr. Murphy has other significant trial victories in securities law cases including:

- Defense of Hartford Financial Services seeking hundreds of millions in a similar case. *Kasilag v. Hartford Investment Financial Services*, Case No. 11-cv-01083 (D. N.J. February 28, 2017).

- Defense of Alliance Bernstein L.P. in seven-week jury trial seeking $3 billion. The <u>National Law Journal</u> named that outcome  as one of the "Top 10 Defense Wins of the Year". Florida State Board of Administration v. Alliance Capital Management L.P., Case No. 02-CA-1104 (Florida State Ct. 2002).

- Defense of Capital Research and Management Co. in two-week bench trial where Plaintiffs sought hundreds of millions in connection with alleged mismanagement of eight of the largest mutual funds in the county. The Court rendered its opinion dismissing with prejudice. *In re American*

*Mutual Funds Fee Litigation*, No. CV 04-5593 GAF, 2009 WL 5215755 (C.D. CAL. Dec. 28, 2009).

Chambers USA, 2017 edition, which surveys clients and other lawyers, states that Mr. Murphy "defends clients from a range of securities class actions and derivative suits, offering significant strength in acting for mutual funds." Quoting an interview, Chambers says, "*He has an outstanding presence in the courtroom with an uncanny ability to put witnesses at ease during examination. His depth of knowledge and ability to retain and communicate complex issues is superb.*"

Other indicia of Mr. Murphy's well-deserved recognition as one of the top securities trial lawyers include:

- He has represented some of the largest financial institutions in America in complex securities cases including Citibank, Merrill Lynch, American Century, Dodge & Cox, Legg Mason, AXA, Putman, RBC, Salomon Smith Barney, Voya, and others.

- He has spoken on dozens of panels about complex securities litigation and co-authored portions of the textbooks titled <u>Practice Before the Judicial Panel on Multi-District Litigation and Litigating Securities Class Actions</u>.

- Mr. Murphy has consistently been recognized as a leading securities lawyer in the prestigious and heavily researched Chambers USA Leading Lawyers for Business as well as numerous other lawyer recognition organizations such as <u>Super Lawyers</u>, <u>Lawdragon</u>, and <u>Benchmark Litigation</u>.

Given Mr. Murphy's extensive securities law trial experience, and particularly in light of his experience successfully trying a "high stakes" ICA 36(b) case – *AXA* – that was very similar to the Lawsuit, it is my opinion a reasonable Denver market rate for Mr. Murphy is $850 and could, justify a premium up to $900. Even at that rate, it would still be $25 below the rate of some Denver top commercial trial lawyers.

**<u>Rob Liubicic</u>**.  Mr. Liubicic is a 22-year lawyer and partner whose practice

13

emphasizes securities, and complex commercial litigation. It is my understanding that in the trial of the Lawsuit, Mr. Liubicic was co-lead counsel and responsible for examining three key witnesses; namely independent directors Gail H. Klapper, Steven G. McConahey, and Timothy Hudner. My understanding is that one of the *Gartenberg* factors is "(6) the independence and conscientiousness of the [board]." (Dkt. 384 at 11). As a result, Mr. Liubicic's contributions in this regard alone are very significant. I also understand he was involved in all phases of trial preparation and execution during the trial.

Mr. Liubicic has extensive experience representing a broad range of financial institutions and asset managers in litigation involving mutual funds and myriad other investment products in all manner of disputes before courts, arbitral tribunals, and self-regulatory organizations. Mr. Liubicic has successfully tried cases before courts and arbitral tribunals throughout the country, and has successfully handled appeals in the Second, Ninth and Eleventh Circuits.

Mr. Liubicic's representative matters include:

- Representation of some of the nation's leading mutual fund advisors, including Fidelity, Russell Investments, and Great-West, in litigation involving management fees, administrative fees, retirement plan pricing, board oversight, and fiduciary duties;

- Representations of alternative asset manager Oaktree Capital in litigation involving the ownership of collateralized loan obligations;

- Representation of hedge Cyrus Capital Partners, L.P. as a creditor in the bankruptcy of Sears Holdings Corp., including in litigation with respect to credit default swaps referencing bonds issued by Sears;

- Representation of boutique investment bank and broker-dealer Invemed Associates Inc. in a NASD (FINRA) disciplinary proceeding alleging unlawful profit-sharing in connection with the allocation of "hot" IPO shares, resulting in the dismissal of all claims following a seventeen-day hearing before a NASD panel;

- Representation of the former CEO of LendingClub Corp., the world's largest peer-to-peer lending platform, in securities class actions and derivative actions filed in multiple jurisdictions;

- Representation of private equity fund Cerberus Capital Management and its affiliates in defending a claim brought by United Rentals, which sought to compel Cerberus' affiliates to close on a $7 billion merger. Following an expedited trial, the Delaware Chancery Court held that Cerberus' affiliates were not obligated to close the transaction.  *See United Rentals, Inc. v. RAM Holdings, Inc.*, C.A. No. 3360-CC, 937 A.2d 810 (Del. Ch. 2007);

- Representation of major energy producers in a UNCITRAL price reopener arbitration involving hundreds of millions of dollars, including presentation of evidence at an eleven-day hearing before an arbitral panel;

- Representation of a major wireless communication provider in an expedited merger litigation in Delaware Chancery Court, resulting in a complete victory following trial; and

- Multiple arbitrations for a leading investment bank taken to hearing in connection with various corporate control, executive employment and international law issues.

Prior to joining Milbank in 2006, Mr. Liubicic was an associate at Wachtel, Lipton, Rosen & Katz. Mr. Liubicic was a James Kent Scholar at Columbia Law School, where he received the Whitney North Seymour Medal for trial practice.

In my opinion, based on his extensive experience as a securities litigator a reasonable hourly Denver market rate for Mr. Liubicic's trial work in this case would be in the $750-$800 per hour range.

**Ed Stewart**. Mr. Stewart is a partner in the Denver law firm WTO.  Mr. Stewart has extensive experience as a trial lawyer during his 29 years of practice.  I understand that Mr. Stewart was very involved local counsel at the trial of the Lawsuit. He examined three plaintiffs at trial, and he was involved in strategy and trial preparation.

A small sampling of Mr. Stewart's  professional experience includes:

- *Hoffman v. Ford* (10th Cir. 2012) - Won Tenth Circuit reversal of a federal district court jury verdict favoring the plaintiff and secured a judgment in favor of Ford Motor

Co. in a product liability case involving a rollover crash in which the plaintiff was rendered a quadriplegic.

- *Schanel v. Ford Motor Co.* (Colo. Ct. App. 2012) - Defended the appeal to the Colorado Court of Appeals of a 2010 jury verdict that WTO won for Ford Motor Company in an electronic throttle product liability case.

- *WhiteWave Foods, Co. v. Northland Organic Foods* (Boulder Cnty. Dist. Ct. 2011) - Won a verdict in Boulder District Court of Colorado in favor of a food production company in a breach-of-contract action it brought against the sole shareholder and officer of an organic food production company.

Mr. Stewart's extensive experience as a Colorado practitioner and partner in a top of Denver market trial law firm made him an excellent choice to work with the out of State specialists from the Milbank firm.

I understand Mr. Stewart billed at his discounted  hourly rate of $454 per hour, which in my opinion, is reasonable because it is on the low end of the Denver market for trial lawyers of his experience.

**James Whooley**.   Mr. Whooley is a highly experienced (16 years) associate who is a member of the Milbank's Litigation & Arbitration Group.  Mr. Whooley's practice focuses on complex contractual disputes, securities litigation, corporate governance claims, litigation arising within bankruptcy cases, and other commercial litigation matters.  He has represented plaintiffs and defendants in a wide range of cases, and he has presented oral argument in state and federal courts, including in the United States Court of Appeals for the Third Circuit.

Significantly for the Lawsuit, Mr. Whooley's experience includes representing defendant investment advisers in several cases alleging excessive fee claims under Section 36(b) of the ICA, including cases brought against Great-West, the Hartford, AXA, and Russell Investments.  Mr. Whooley has experience with all stages of civil litigation under Section 36(b), from initial pleadings, through fact and expert discovery,

dispositive motions, trial, post-trial submissions, and appeal, including in defense of Great-West since late 2016.

My understanding is that Mr. Whooley was instrumental in managing many aspects of trial presentation including culling exhibits and preparing witnesses for each trial day as well as preparing and revising witness outlines.

In my experience, when in trial, a team member with Mr. Whooley's background and experience is extremely important to a smooth and orderly trial presentation.

Mr. Whooley received his J.D. from Georgetown Law, his M.I.A. from Columbia University, and his B.A. from the University of Pennsylvania. He also clerked for the Honorable Stephanie Duncan Peters in the Superior Court of the District of Columbia.

In my opinion, Mr. Whooley's years of experience and specific Section 36(b) experience would justify a Denver market hourly rate at the very top of the associate market in the $500-525 per hour range.

**<u>Benjamin Reed</u>**. Benjamin Reed is an associate in the New York office of Milbank and a member of the firm's Litigation & Arbitration Group. Mr. Reed's practice focuses on a wide variety of commercial litigation, with an emphasis on federal securities litigation arising under the ICA. Mr. Reed's experience includes representing defendant investment advisers in several cases brought under Section 36(b) of the ICA, including cases brought against Great-West, AXA, Russell Investments, and Prospect Capital. He has experience in all stages of civil litigation under Section 36(b), from the initial pleading stage through fact and expert discovery, dispositive motions, trial, post-trial submissions, and appeals, including in defense of Great-West since 2016. Mr. Reed co-authored a 2015 compendium of recent judicial decisions impacting the mutual

fund industry titled: "Developments in Litigation Involving Mutual Funds and Investment Advisers."  He also has experience drafting and advising clients on materials provided to mutual fund boards of directors.

Mr. Reed graduated Order of the Coif and *magna cum laude* from William & Mary Law School in 2012.  During law school, he served as an articles editor of the William & Mary Law Review.  Mr. Reed also received a B.A., *cum laude*, from Dartmouth College in 2007.

Mr. Reed is an eight-year associate who provided extensive backroom work during the trial. Given his experience, including specific experience in Section 36(b) matters, and the level of his participation in the Lawsuit, in my opinion, a reasonable Denver rate for Mr. Reed is in the $450-480 range.

**Ayana Sumiyasu**.  Ayana Sumiyasu is a five-year (admitted December 2015) associate in the Los Angeles office of Milbank and a member of the firm's Litigation & Arbitration Group.  Ms. Sumiyasu's practice consists primarily of commercial litigation.  Her experience includes representing defendant investment advisers in several cases brought under Section 36(b) of the ICA, including cases against Great-West, the Hartford, and Russell Investments.  In defense of those clients, including Great-West since 2017, Ms. Sumiyasu has experience throughout the stages of civil litigation under Section 36(b), including discovery, dispositive motions, trial, and post-trial submissions.  She also co-authored an article entitled "Judicial Deference to Mutual Fund Boards:  Lessons from Post-*Jones* Excessive Fee Litigation," which will be published in The Review of Securities & Commodities Regulation later this year.

Ms. Sumiyasu graduated *magna cum laude* from the University of California, Irvine School of Law, where she served as a Lead Article Editor on the UC Irvine Law Review.  She earned her B.A. in Political Science from Yale University.

In my opinion, a reasonable Denver market rate for Ms. Sumiyasu is $340-375 per hour, which I believe is a current Denver rate for a top tier five-year associate in top of market Denver firms.

**Kevin Maggio**.  Kevin Maggio is a four-year associate (admitted February 2016) in the New York office of Milbank and a member of the firm's Litigation & Arbitration Group.  His practice consists primarily of commercial litigation.  Mr. Maggio's work in defense of Great-West since early 2016 has included activities from the initial pleading stage through fact and expert discovery, dispositive motions, trial, and post-trial submissions.

Mr. Maggio received his J.D., *summa cum laude*, from Albany Law School, where he served as the Executive Managing Editor of the Albany Law Review and was a Dean Thomas Sponsler Fellow.  His article, "Quid Leges Sine Moribus Vanae Proficient: A Balancing Approach to the Postmortem Application of the Attorney-Client Privilege", was published in Volume 78 of the Albany Law Review. He received his M.P.A. from Rockefeller College of Public Affairs & Policy, University at Albany, State University of New York, and his B.A. from Temple University.

In my opinion, a reasonable Denver market rate for Mr. Maggio is $300-340 per hour, which I believe is a current Denver rate for a top tier four-year associate in top of

market Denver firms.

**Jacqueline Rosen**.  Jacqueline Rosen is a two-year associate (admitted December 2018) in the Los Angeles office of Milbank and a member of the firm's Litigation & Arbitration Group.  Her practice consists primarily of commercial litigation. Ms. Rosen's work in defense of Great-West since late 2018 has included various activities in preparation for and throughout trial, as well as post-trial submissions.

Ms. Rosen received her J.D. from the UCLA School of Law, where she was an Associate Editor for the UCLA Law Review and a writing advisor for the 1L Lawyering Skills program.  During law school, she also served as a judicial extern to Justice Leondra R. Kruger of the California Supreme Court. Ms. Rosen earned her B.A. in Political Science from the University of Southern California.

In my opinion, a reasonable Denver market rate for Ms. Rosen is $280-300 per hour, which I believe is a current Denver rate for a top tier two-year associate in top of market Denver firms.

CONCLUSION

The opinions provided in this Affidavit are based on information I have been provided and reviewed. I reserve the right to add or modify these opinions based upon additional information.

Dated this 15th day of October, 2020.

_____
Kevin Shea

STATE OF COLORADO   )
                    ) ss.
City and County of Denver )

Subscribed and sworn to before me by Kevin Shea this 15th day of October, 2020.

Witness my official seal.

My commission expires:  November 13, 2021.

CRYSTAL HENDRY
Notary Public
State of Colorado
Notary ID # 20094034473
My Commission Expires 11-13-2021

Crystal Hendry
Notary Public

21

**EXHIBIT 1**

# Kevin Shea

- **Professional: Admitted to Practice Law**
  - Colorado 1976.
  - United States District Court for District of Colorado 1976.
  - United States Court of Appeals for the Tenth Circuit 1980.
  - United States Supreme Court 1983.
  - Admitted to practice in individual cases in numerous other state and federal courts.

- **Professional Employment:**
  - Deputy District Attorney Twentieth Judicial District, Boulder, CO 1976-1979.
  - Associate/Shareholder Roath & Brega P.C., Denver, CO 1980-1984.
  - Partner, Holme, Roberts & Owen, Denver, CO 1985-1996.
  - Partner, Ballard, Spahr, Andrews & Ingersoll, LLP., Denver, CO 1996-2008.
  - Founding Partner, Richilano & Shea, LLC., Denver, CO 2009-Present.

- **Professional Recognition:**
  - Fellow, American College of Trial Lawyers.
  - Listed in Best Lawyers in America in fields of Commercial Litigation and White Collar Criminal Defense.
  - Listed in Chambers USA America's Leading Lawyers for Business.
  - Listed in all editions of 5280 Magazine Colorado Super Lawyers in field of White Collar Criminal Defense.
  - Martindale-Hubbell AV Preeminent Rating 5.0 out of 5.0.

- **Professional Activities:**
  - State Chair, Colorado Chapter American College of Trial Lawyers (2018 – Present).
  - Past Chair Criminal Law Section Colorado Bar Association.
  - Past Vice-Chair American Bar Association Section on Environmental Criminal Law.
  - Member, Denver, Colorado and American Bar Associations.
  - Numerous speeches and presentations at Continuing Legal Education Programs relating to, for example:Depositions; Environmental Criminal Law: the Law of Lawyering and Professional Conduct; and various matters relating to civil and criminal trial practice.
  - See detailed practice description at www.richilanoshea.com.

**EXHIBIT 1**

- **Other Activities:**
  - Youth Boys Ice Hockey Coach 1994-2000.
  - Board Member Regis Jesuit High School Boys Lacrosse Booster Club.2004-2007.
  - Co-Coach St. Mary's Academy Girls Mock Trial Team 2007 and 2008.
  - Member, Board of Trustees, Legal Aid Foundation of Colorado 2000-2006.

- **Education:**
  - University of Colorado-Boulder, B.S. 1973
  - University of Detroit, J.D. 1976

- **Personal:**
  - Born: December 23, 1951
  - Business Address: 1800 15th Street, Suite 101, Denver, CO 80202
  - Business Telephone: (303) 893-8000

**EXHIBIT 1**

**EXHIBIT 2**

# Milbank

## Sean M. Murphy
Partner

— VCARD          — SHARE



CONTACT
smurphy@milbank.com

NEW YORK
55 Hudson Yards
New York, NY US 10001-2163
T +1 212.530.5688
F +1 212.822.5688

Sean M. Murphy is a partner in the New York office of Milbank and a member of the firm's Litigation & Arbitration Group. Prior to joining Milbank in 2004, Mr. Murphy was a partner in the New York office of Clifford Chance LLP, where he was a member of that firm's Securities Litigation practice group.

### Primary Focus & Experience

Mr. Murphy's practice focuses on complex securities matters. He has defended dozens of companies and financial institutions in multi-jurisdictional class action and derivative litigation under state and federal securities laws, including claims under the Securities Act of 1933, the Securities Exchange Act of 1934 and the Investment Company Act of 1940. He has extensive experience representing investment advisers and mutual fund boards in litigation and regulatory investigations involving management fees, revenue sharing, conflicts of interest, prospectus disclosure, distribution and trading, ERISA prohibited transactions, portfolio mismanagement, Rule 12b-1, board oversight and fiduciary duty litigation. He represents clients in regulatory and enforcement proceedings before the SEC, CFTC, FINRA and state regulators.

Mr. Murphy has represented some of the largest financial institutions in the country in complex securities cases, including Citibank, Merrill Lynch, Fidelity, Capital Group, AllianceBernstein, American Century, Dodge & Cox, Dreyfus, Federated Investors, First Trust Advisers, Great West Financial, the Hartford, Legg Mason, AXA, Neuberger Berman, Prudential, Putnam, Royal Bank of Canada, Russell Investments, Salomon Smith Barney, Voya Investments and Waddell & Reed.

He has extensive experience trying securities cases, including multi-billion dollar cases. In 2016, Mr. Murphy tried the first "manager-of-managers" case to go to trial under Section 36(b) of the Investment Company Act. There, he led the successful defense of AXA in a seven week trial involving a damages claim of approximately $600 million based on allegations that the fees charged to mutual funds used in AXA's variable annuity offering were excessive. Murphy's victory for AXA led to his being named "Litigator of the Week" by *The American Lawyer*. In 2017, he scored a trial victory for Hartford Financial Services in a similar case seeking disgorgement of hundreds of millions of dollars. He also defended AllianceBernstein L.P. in a seven week jury trial in an action brought by the Florida state pension board in Tallahassee, Florida, seeking over $3 billion in damages stemming from Alliance's investments in Enron. The jury returned a verdict in Alliance's

**EXHIBIT 2**

favor which was ranked by *The National Law Journal* as one of the Top 10 Defense Wins of the Year. In addition, Mr. Murphy successfully defended Capital Research and Management Company in an action in which plaintiffs sought billions of dollars for an alleged breach of fiduciary duty in connection with the management of eight of the largest mutual funds in the country. Following a two week bench trial in August 2009, the court rendered an opinion dismissing plaintiffs' complaint with prejudice. *In re American Mutual Funds Fee Litigation*, No. CV 04-5593 GAF, 2009 WL 5215755 (C.D. Cal. Dec. 28, 2009).

Recognition & Accomplishments

Mr. Murphy has been recognized as a leading litigator by a number of publications, including: *The American Lawyer's* "Fab Fifty" list of the top 50 litigators in the country under the age of 45; *Benchmark Litigation* selected him as among the "Top 100 Trial Lawyers in America" (2017-2018); he was selected as one of the top 500 lawyers in the country in *The Lawdragon 500 Leading Lawyers in America*; and *Legal 500* described him as "one of the best young lawyers for securities shareholder litigation, anywhere in the country." In 2019 and 2020, *Legal 500* named Mr. Murphy a Next Generation Lawyer in the area of Securities Litigation – Defense. *Lawdragon* also elected Mr. Murphy to its list of "100 Lawyers You Need to Know in Securities Litigation," and profiled him as a "rising star" in *The Lawdragon 500 New Stars, New Worlds*. Mr. Murphy also has been consistently recognized as a leading securities lawyer in *Chambers USA, Benchmark Litigation* and *New York Super Lawyers*.

Mr. Murphy has spoken on dozens of panels about complex litigation and regulatory issues, and has written a number of articles, including "The Trial of a Securities Case" (1996), "Litigation Under the Private Securities Litigation Reform Act" (1997), "Recent Developments in Litigation Under the Investment Company Act of 1940" (2004), "Mutual Funds Under Scrutiny" (2005), "Securities Plaintiffs Turn to Class Actions Under ERISA" (2008), "Court Finds Implied Private Right of Action Under the Investment Company Act" (2009), "The SEC's Mutual Fund Fee Initiative: What to Expect" (2010), "Fund Profitability in Mutual Fund Fee Litigation" (2012), "Claims Involving Investment Companies" (2014), "Trends in Fee Litigation: Actions Brought under Section 36(b) and ERISA" (2014), and "Halliburton and the Fraud-on-the-Market Theory" (2014). He also co-authored portions of the textbooks titled *Practice Before the Judicial Panel on Multi-District Litigation* and *Litigating Securities Class Actions*.

---

ADDITIONAL DETAILS

EDUCATION

    Albany Law School, J.D.

    St. Lawrence University, B.A.

ADMISSIONS

    New York

    US Court of Appeals for the Second Circuit

    US Court of Appeals for the Third Circuit

    US Court of Appeals for the Ninth Circuit

    US District Court for the Southern District of New York

    US Supreme Court

---

**EXHIBIT 2**

EXPERIENCE

| Litigation & Arbitration | Mutual Fund Litigation |
| Securities and Commodities Litigation | White Collar Defense and Investigations |
| United States | |

FEATURED NEWS

*Benchmark Litigation* Recognizes Milbank as a Leading Litigation Practice in 2021 Rankings

*AmLaw* Names Milbank Litigation Partners Thomas Arena, Sean Murphy, & Robert Hora "Litigator of the Week"

Milbank Secures Consolidated Derivative Action Trial Victory for Great-West

Milbank Secures Victory in Virtual Bench Trial on Behalf of Putnam

Securities Litigation Partner Sean Murphy to Speak at PLI Investment Management Institute 2020

© 2020 Milbank LLP
Attorney Advertising. Prior results do not guarantee a similar outcome.

**EXHIBIT 2**

**EXHIBIT 3**

# Milbank

## Robert J. Liubicic

Partner

— VCARD    — SHARE



CONTACT

rliubicic@milbank.com

LOS ANGELES
2029 Century Park East
33rd Floor
Los Angeles, CA US 90067-3019
T +1 424.386.4525
F +1 213.629.5063

A  a partner in the firm'  Litigation & Arbitration Group, Rob Liubicic'  practice i  diver ified, with an emphasis on complex commercial, securities, corporate control and bankruptcy litigation. He has extensive experience representing a broad range of financial institutions, as well as corporations in industries including energy, chemicals, telecommunications, gaming, insurance, manufacturing, retailing and pharmaceuticals, in all manner of disputes before courts, arbitral tribunals and self-regulatory organizations.

Representative matters include:

- Representation of numerous US subsidiaries of Vitro S.A.B. de C.V., one of the world's largest manufacturers of glass products, in defending against involuntary chapter 11 bankruptcy petitions brought by a group of institutional bondholders in the Northern District of Texas. The petitions were held invalid by the US Bankruptcy Court following expedited discovery and trial;

- Representation of some of the nation's leading mutual fund advisors in various litigation and pre-litigation matters involving the 1933 Act, 1934 Act, and claims of excessive fees under the Investment Company Act of 1940;

- Representation of the Official Committee of Unsecured Creditors in the Lehman Brothers bankruptcy;

- Representation of private equity fund Cerberus Capital Management and its affiliates in defending a claim brought by United Rentals, which sought to compel Cerberus' affiliates to close on a $7 billion merger. Following an expedited trial, the Delaware Chancery Court held that Cerberus' affiliates were not obligated to close the transaction. See *United Rentals, Inc  v  RAM Holdings, Inc* , C.A. No. 3360-CC, 937 A.2d 810 (Del. Ch. 2007);

- Representation of major energy producers in a UNCITRAL price reopener arbitration involving hundreds of millions of dollars, including presentation of evidence at an eleven-day hearing before an arbitral panel;

- Representation of a boutique investment bank and broker-dealer in a NASD (FINRA) disciplinary proceeding alleging unlawful profit-sharing in connection with the allocation of "hot" IPO shares, resulting in the dismissal of all claims following a seventeen-day hearing before a NASD panel;

**EXHIBIT 3**

- Representation of a major wireless communication provider in an expedited merger litigation in Delaware Chancery Court, resulting in a complete victory following trial; and
- Multiple arbitrations for a leading investment bank taken to hearing in connection with various corporate control, executive employment and international law issues.

Prior to joining Milbank, Mr. Liubicic was an associate at Wachtell, Lipton, Rosen & Katz.

## Recognition & Accomplishments

Mr. Liubicic was a James Kent Scholar at Columbia Law School, where he received the *Wh tney North Seymour Medal* for trial practice. He was appointed to the *pro bono* panel of the US Court of Appeals for the Second Circuit in 2009.

---

ADDITIONAL DETAILS

**EDUCATION**

Columbia Law School, J.D., 1998

Cornell University, B.S., 1993

**ADMISSIONS**

California

New York

US Court of Appeals for the Eleventh Circuit

US Court of Appeals for the Ninth Circuit

US Court of Appeals for the Second Circuit

US District Court for the Central District of California

US District Court for the Southern District of New York

US District Court for the Eastern District of New York

**CLERKSHIPS**

Honorable Wilfred Feinberg, US Court of Appeals for the Second Circuit (1998-1999)

Honorable Robert A. Katzmann, US Court of Appeals for the Second Circuit (1999-2000)

---

EXPERIENCE



| General Commercial Litigation | Litigation & Arbitration | Mutual Fund Litigation |
| Securities and Commodities Litigation | Gaming and Hospitality | Pharmaceuticals |
| Power and Energy | Retail | United States |

FEATURED NEWS

Milbank Secures Consolidated Derivative Action Trial Victory for Great-West

Milbank, ACLU of Southern California Secure Victory in Efforts to Terminate Union Pacific Police's Collaboration with ICE

**EXHIBIT 3**

Mutual Funds and Securities Class Actions: A Square Peg in a Round Hole

Expert Q&A on the Rule 26 Amendments: Developing Case Law

Milbank Represents International Lender Group in Providing Financing for 265-MW Wind Farm in Southern California

© 2020 Milbank LLP
Attorney Advertising. Prior results do not guarantee a similar outcome.

**EXHIBIT 3**

**EXHIBIT 4**

# Milbank

# James D. Whooley

Associate

— VCARD      — SHARE



CONTACT

jwhooley@milbank.com

LOS ANGELES
2029 Century Park East
33rd Floor
Los Angeles, CA US 90067-3019
T +1 424.386.4429
F +1 213.629.5063

As an associate in the firm' Litigation & Arbitration Group, Mr Whooley' practice focu e on complex contractual disputes, securities litigation, corporate governance claims, litigation arising within bankruptcy cases, and other commercial litigation matters. He has represented plaintiffs and defendants in a wide range of cases, and has presented oral argument in state and federal courts, including in the United States Court of Appeals for the Third Circuit. Mr. Whooley has experience with all stages of civil litigation, from initial pleadings, through fact and expert discovery, dispositive motions, trial, and appeal.

ADDITIONAL DETAILS

EDUCATION

Georgetown Law, J.D., 2004
Columbia University, M.I.A., 1998
University of Pennsylvania, B.A., 1991

ADMISSIONS

California
US Court of Appeals for the Ninth Circuit
US Court of Appeals for the Third Circuit
US District Court for the Central District of California
US District Court for the Southern District of California

CLERKSHIPS

Honorable Stephanie Duncan Peters, (September 2004 - August 2005)

EXPERIENCE

Litigation & Arbitration      United States

**EXHIBIT 4**

FEATURED NEWS

Pro Bono Team Secures Preliminary Injunction on Habeas Petition for Immigrant Held in Custody After Illegal Deportation

Milbank Secures Consolidated Derivative Action Trial Victory for Great-West

Milbank Secures Ninth Circuit Victory on Behalf of Primero

Milbank Prevails in High-Profile Mutual Fund Fee Trial with Industry-Wide Implications

© 2020 Milbank LLP
Attorney Advertising. Prior results do not guarantee a similar outcome.

**EXHIBIT 4**

**EXHIBIT 5**

# Milbank

# Benjamin Reed
Associate

— VCARD       — SHARE



**CONTACT**
breed@milbank.com

**NEW YORK**
55 Hudson Yards
New York, NY US 10001-2163
T +1 212.530.5167
F +1 212.822.5167

Benjamin Reed is an associate in the New York office of Milbank and a member of the firm's Litigation & Arbitration Group.

### Primary Focus & Experience

Mr. Reed's practice focuses on a wide variety of commercial litigation, with an emphasis on federal securities litigation arising under the Investment Company Act of 1940.

### Recognition & Accomplishments

Mr. Reed graduated *Order of the Coif* and *magna cum laude* from William & Mary Law School in 2012. During law school, he served as an articles editor of the *William & Mary Law Review*. Mr. Reed also received a B.A., *cum laude*, from Dartmouth College in 2007.

---

ADDITIONAL DETAILS

EDUCATION
  William & Mary Law School, J.D., 2012
  Dartmouth College, B.A., 2007

ADMISSIONS
  New York
  US District Court for the Southern District of New York
  US District Court for the Eastern District of New York

---

EXPERIENCE

| Litigation & Arbitration | United States |
| --- | --- |

FEATURED NEWS

**EXHIBIT 5**

Milbank Secures Consolidated Derivative Action Trial Victory for Great-West

New York City Appeals Court Decision Requires Release of Footage in Fatal Shooting

NYLPI and Milbank Win Court Order Mandating NYPD to Turn Over Bodycam Footage in Fatal Shooting

Milbank and Civil Rights Group NYPLI File Second Lawsuit for NYPD Bodycam Footage Related to Fatal Shooting

Milbank and Civil Rights Group NYLPI Win Lawsuit for Unedited Bodycam Footage from First Fatal Shooting Since NYPD Bodycam Program Launched

© 2020 Milbank LLP
Attorney Advertising. Prior results do not guarantee a similar outcome.

**EXHIBIT 5**

**EXHIBIT 6**

# Milbank

## Ayana Sumiyasu
Associate

— VCARD     — SHARE



CONTACT
asumiyasu@milbank.com

LOS ANGELES
2029 Century Park East
33rd Floor
Los Angeles, CA US 90067-3019
T +1 424.386.4569
F +1 213.892.4769

Ayana Sumiya u i an a ociate in the Lo Angele office of Milbank and a member of the firm' Litigation & Arbitration Group.

Recognition & Accompli hments

Ms. Sumiyasu graduated *magna cum laude* from the University of California, Irvine School of Law, where he erved a a Lead Article Editor on the *UC Irvine Law Review* She earned her B A in Political Science from Yale University.

ADDITIONAL DETAILS

EDUCATION
University of California, Irvine School of Law, J.D.
Yale University, B.A.

ADMISSIONS
California

EXPERIENCE

| Litigation & Arbitration | United States |

FEATURED NEWS

Milbank Secures Consolidated Derivative Action Trial Victory for Great-West

Milbank Obtains Victory in Chapter 11 Proceedings of GenOn Energy, Inc.

**EXHIBIT 6**

Milbank Pro Bono Team Assists with Successful Appeal in California Domestic Violence Case

© 2020 Milbank LLP
Attorney Advertising. Prior results do not guarantee a similar outcome.

**EXHIBIT 6**

**EXHIBIT 7**



Milbank

# Kevin J. Maggio
Associate

— VCARD    — SHARE

CONTACT

kmaggio@milbank.com

NEW YORK
55 Hudson Yards
New York, NY US 10001-2163
T +1 212.530.5436
F +1 212.822.5436

Kevin Maggio is an associate in the New York office of Milbank and a member of the firm's Litigation & Arbitration Group.

Recognition & Accomplishments

Mr. Maggio received his J.D., *summa cum laude*, from Albany Law School, where he served as the Executive Managing Editor of the Albany Law Review and was a Dean Thomas Sponsler Fellow. His article, Quid Leges Sine Moribus Vanae Proficient: A Balancing Approach to the Postmortem Application of the Attorney-Client Privilege, was published in Volume 78 of the *Albany Law Review*. He received his M.P.A. from Rockefeller College of Public Affairs & Policy, University at Albany, State University of New York, and his B.A. from Temple University.

ADDITIONAL DETAILS

EDUCATION

Albany Law School, J.D.

Rockefeller College of Public Affairs & Policy, University at Albany, State University of New York, M.P.A.

Temple University, B.A.

ADMISSIONS

New York

US District Court for the Southern District of New York

US District Court for the Eastern District of New York

EXPERIENCE

Litigation & Arbitration     United States

FEATURED NEWS

**EXHIBIT 7**

Milbank Secures Consolidated Derivative Action Trial Victory for Great-West

© 2020 Milbank LLP

Attorney Advertising. Prior results do not guarantee a similar outcome.

**EXHIBIT 7**

**EXHIBIT 8**

# Milbank

# Jacqueline Rosen
Associate

— VCARD        — SHARE



CONTACT

jrosen@mi bank.com

LOS ANGELES
2029 Century Park East
33rd Floor
Los Angeles, CA US 90067-3019
T +1 424.386.4301
F +1 213.892.4701

Jacqueline Ro en i an a ociate in the Lo Angele office of Milbank and a member of the firm'
Litigation & Arbitration Group.

Ms. Rosen received her J.D. from the UCLA School of Law, where she was an Associate Editor for
the *UCLA Law Review* and a writing advisor for the 1L Lawyering Skills program. During law
school, she also served as a judicial extern to Justice Leondra R. Kruger of the California Supreme
Court M Ro en earned her B A in Political Science from the Univer ity of Southern California

---

ADDITIONAL DETAILS

EDUCATION
University of California, Los Angeles School of Law, J.D.
University of Southern California, B.A.

ADMISSIONS
California

---

EXPERIENCE

| Litigation & Arbitration | United States |

FEATURED NEWS

Milbank Secures Consolidated Derivative Action Trial Victory for Great-West

© 2020 Milbank LLP
Attorney Advertising. Prior results do not guarantee a similar outcome.

**EXHIBIT 8**

**EXHIBIT 9**



### EDWARD C. STEWART
**Partner**
stewart@wtotrial.com | P 303.244.1853 | F 303.244.1879

**Ed Stewart represents automakers and other manufacturers in product liability, class action, and complex commercial litigation. He has tried 28 cases and three arbitrations to verdict or decision in 13 states.**

### EDUCATION

University of Wisconsin Law School, J.D., 1991, *cum laude*
*Wisconsin Law Review*, Note and Comment Editor

University of Missouri, B.A., 1988, English; Political Science, *summa cum laude*

### OTHER EXPERIENCE

McDermott, Will & Emery, Chicago, Illinois

### ADMISSIONS

Arizona
Colorado
Illinois
Wisconsin (Inactive)

### HIGHLIGHTS

- Won a trial verdict in Colorado District Court as co-counsel for a large financial services provider in a $75 million dispute.

- Serving as regional trial counsel to a leading national shipping company for high-stakes trucking litigation.

- Won a significant product liability appeal for Ford in the Colorado Supreme Court.

- Won "extraordinary remedy" for Ford in the Colorado Supreme Court.

- Won a complete defense jury verdict for Michelin in a nine-week trial in Florida with $80 million to $1.2 billion at stake.

- Won unanimous defense verdict for Michelin in a $20 million Arizona tread separation lawsuit.

- Won reversal and remand in a precedent-setting Ford seatback case.

### INDUSTRIES

- Automotive
- Trucking
- Consumer Products & Services
- Medical Devices & Pharmaceuticals
- Telecommunications
- Financial Services
- Construction & Engineering

### PRACTICE AREAS

- Commercial Litigation
- Product Liability
- Personal Injury Defense
- Mass Torts



**EXHIBIT 9**

# EDWARD C. STEWART

## BIOGRAPHY

Edward Stewart's litigation practice focuses on the defense of product liability, class actions, and complex commercial cases for major manufacturers. He has particular experience defending consumer class actions involving automobile and home appliance product-defect claims. Ed has represented Ford Motor Company for years as national trial counsel on several product lines. He also has experience defending clients in the trucking industry. Ed has tried 28 cases to verdict and three arbitrations to decision in 13 states across the U.S.

## CASES

- Won a trial verdict in Colorado District Court as co-counsel for a large financial services provider in a $75 million dispute over the company's allegedly excessive fees.

- Serving as regional trial counsel to a leading national shipping company for high-stakes trucking litigation.

- *Walker v. Ford Motor Co.*, 2017 CO 102 - Won a significant victory for Ford Motor Co. in the Colorado Supreme Court. The case reestablishes that the risk-benefit test is the appropriate test for juries to assess whether a product has been defectively designed. The Court also held that a manufacturer could not be negligent if it designed a "reasonably safe" product.

- *Magill v. Ford Motor Co.* (Colo. 2016) - Won a Rule 21 petition (an "extraordinary remedy") for Ford to the Colorado Supreme Court in a case involving general jurisdiction and venue claims. The opinion makes it harder for companies with no connection to Colorado to be sued in the state.

- *Dukes v. Michelin* (Nineteenth Jud. Cir. St. Lucie Cnty. FL 2016) - Won a complete defense jury verdict for Michelin following a nine-week product liability trial in Florida in which the plaintiffs requested damages between $80 million and $1.2 billion following a rollover accident involving Michelin tires. WTO also won the appeal.

- *Allen v. Michelin* (Ariz. Sup. Ct. Mohave Cnty. 2015) - Won a unanimous defense verdict for Michelin following a three-week trial in Arizona state court in which the plaintiff demanded $20 million in actual and punitive damages.

- *Walker v. Ford Motor Co.* (Colo. App. 2015) - Won reversal of a 2013 jury verdict against Ford Motor Co. in a case that alleged strict liability and negligence relating to a rear-end collision in a 1998 Ford Explorer. The Court of Appeals concluded that the application of consumer expectation as a standalone test in Colorado's pattern jury instructions does not comply with Colorado law as established by the Colorado Supreme Court in *Camacho v. Honda Motor Co.* (1987).

- *Hoffman v. Ford* (10th Cir. 2012) - Won Tenth Circuit reversal of a federal district court jury verdict favoring the plaintiff and secured a judgment in favor of Ford Motor Co. in a product liability case involving a rollover crash in which the plaintiff was rendered a quadriplegic.



**EXHIBIT 9**

# EDWARD C. STEWART

- *Schanel v. Ford Motor Co.* (Colo. Ct. App. 2012) - Defended the appeal to the Colorado Court of Appeals of a 2010 jury verdict that WTO won for Ford Motor Company in an electronic throttle product liability case.

- *WhiteWave Foods, Co. v. Northland Organic Foods* (Boulder Cnty. Dist. Ct. 2011) - Won a verdict in Boulder District Court of Colorado in favor of a food production company in a breach-of-contract action it brought against the sole shareholder and officer of an organic food production company.

- Co-managed with one other law firm the response to requests from 418 dealers for arbitration relating to the bankruptcy of Chrysler Group LLC and following Chrysler's termination of those dealerships. WTO litigated 187 of these Section 747 arbitrations, and, as directed by Congress, resolved all of the litigation within seven months--with a 96% success rate.

- *In re Ford Explorer Cases* (Cal. Sacramento Cnty. Super. Ct. 2007) - Defended Ford Motor Co. in a four-month certified class action trial involving $2 billion in consumer fraud claims. On the day set for closing arguments, the plaintiffs agreed to a no-cash, coupon-based settlement for the California class and classes in three other states with pending parallel actions.

- Successfully defended Ford in a fraud case when the United States District Court for the Northern District of New York dismissed the plaintiffs' various consumer fraud claims.

## REPRESENTATIVE CLIENTS

Empower Retirement Services
Ford Motor Company
Furniture Row
Michelin North America, Inc.
U-Haul International, Inc.

## BAR & COURT ADMISSIONS

Arizona
Colorado
Illinois
Wisconsin (Inactive)
U.S. District Court, D. Colorado
U.S. District Court, N.D. New York
U.S. Court of Appeals, 10th Circuit
U.S. Court of Appeals, 4th Circuit
U.S. Court of Appeals, 7th Circuit

## LEGAL MEMBERSHIPS, ACTIVITIES & HONORS

*The Best Lawyers in America*
   Commercial Litigation, 2013-2021
   Personal Injury Litigation, 2013-2021



**EXHIBIT 9**

# EDWARD C. STEWART

Product Liability Litigation, 2013-2021
*The Legal 500 United States*
Litigation: Product Liability and Mass Tort Defense, 2011-2013, 2015
*Colorado Super Lawyers*
Personal Injury Defense, 2013-2020
Top 100, 2013-2016, 2018-2019
Civil Litigation Defense, 2010-2012
*Benchmark Litigation*
Product Liability - Colorado, 2014-2017
*5280 Magazine*
Top Lawyer
Personal Injury: Defense, 2016-2017
Euromoney's Expert Guides - Litigation and Product Liability
*Martindale-Hubbell* AV® Peer Review Rated
*International Who's Who of Product Liability Defense Lawyers*, 2016-2017
Colorado Bar Association
Illinois State Bar Association
State Bar of Wisconsin
Defense Research Institute
The Tenth Judicial Circuit Historical Society
Federation of Defense and Corporate Counsel
Co-Chair Trial Masters Program

## COMMUNITY MEMBERSHIPS, ACTIVITIES & HONORS
Colorado Children's Chorale
Board of Trustees

## ARTICLES & PRESENTATIONS
- "Ethics, Social Media, and You," presented to the Association for Corporate Counsel, Colorado Chapter (December 4, 2013).
- "U.S. Bankruptcy Court," presented the Faculty of Federal Advocates' 2013 Trial Advocacy Workshop (September 20, 2013).
- "Take This and Google That - The Ethics of Social Media," presented to members of the Federation of Defense & Corporate Counsel (July 24, 2013).
- "Tick Tock: The Case on the Clock," presented at the Federation of Defense & Corporate Counsel 2013 Winter Meeting, San Antonio, Texas (March 2013).
- "Frequently Litigated Contract Provisions: Writing Contracts With Litigation In Mind," presented at a CLE seminar hosted by WTO (July 19, 2012).
- "Nightmare Clients: How to Deal with Impossible Clients, Witnesses and Opposing Counsel in Litigation," presented at the National Institute's CLE-accredited seminar (June 17, 2011).



**EXHIBIT 9**

# EDWARD C. STEWART

- "Technology in the Courtroom," presented for the National Business Institute's Trial Masters Program (June 2011).

- "Materials for Courtroom Presentation: Tools and Techniques," presented to the Colorado Bar Association (June 2011).

- "Litigating Claims Involving Component Part Suppliers: A Manufacturer's Perspective" presented at the American Conference Institute's Annual Forum on Defending and Managing Automotive Product Liability Litigation (November 2009).

- "A Modest Proposal: 'Embrace the Enemy' to Make the Most of Third Parties' Spoliation of Evidence," presented at ABA Seminar: Emerging Issues in Automotive Product Liability Litigation (March 21, 2002).

## PERSONAL INTERESTS
Skiing, travel, and wine collecting



EXHIBIT 9