FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

July 26, 2021

_____

Christopher M. Wolpert
Clerk of Court

JOAN OBESLO; ANNE HALL; TINA GORRELL-DEYERLE, on behalf of Great-West Funds, Inc.,

    Plaintiffs - Appellants,

and

DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK APLC 401 (K) PLAN,

    Plaintiff,

v.

GREAT-WEST LIFE & ANNUITY INSURANCE CO; GREAT-WEST CAPITAL MANAGEMENT, LLC,

    Defendants - Appellees.

No. 20-1310
(D.C. Nos. 1:16-CV-00230-CMA-SKA,
1:16-CV-01215-CMA-SKA, and
1:16-CV-03162-CMA-SKC)
(D. Colo.)

_____

**JUDGMENT**
_____

Before **TYMKOVICH**, Chief Judge, **HOLMES**, and **McHUGH**, Circuit Judges.
_____

    This case originated in the District of Colorado and was argued by counsel.

    The judgment of that court is affirmed.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk